# APPENDIX A

# Wisconsin Department of Financial Institutions
## Strengthening Wisconsin's Financial Future

Search for:

ldf holdings

[ Search Records ]

Search
Advanced Search
Name Availability

---

**Corporate Records**                                    Result of lookup for **L050343** (at 11/10/2021 4:39 PM )

# LDF HOLDINGS LLC

---

**You can:** File an Annual Report - Request a Certificate of Status - File a Registered Agent/Office Update Form

---

**Vital Statistics**

| | |
|---|---|
| **Entity ID** | L050343 |
| **Registered Effective Date** | 02/17/2012 |
| **Period of Existence** | PER |
| **Status** | Organized   Request a Certificate of Status |
| **Status Date** | 02/17/2012 |
| **Entity Type** | Domestic Limited Liability Company |
| **Annual Report Requirements** | Limited Liability Companies are required to file an Annual Report under s. 183.0120, WI Statutes. |

---

**Addresses**

**Registered Agent Office**
ELISE SUSNIK
3471 COUNTY RD NN
WEST BEND , WI 53095

File a Registered Agent/Office Update Form

**Principal Office**
3471 COUNTY HWY NN
WEST BEND , WI 53095-8722
UNITED STATES OF AMERICA

---

**Historical Information**

**Annual Reports**

| Year | Reel | Image | Filed By | Stored On |
|---|---|---|---|---|
| 2021 | 000 | 0000 | online | database |
| 2020 | 000 | 0000 | online | database |
| 2019 | 000 | 0000 | online | database |
| 2018 | 000 | 0000 | online | database |
| 2017 | 000 | 0000 | online | database |
| 2016 | 000 | 0000 | online | database |
| 2015 | 000 | 0000 | online | database |
| 2014 | 000 | 0000 | online | database |

11/10/21, 4:42 PM                                                  LDF HOLDINGS LLC (L050343)

| 2013 | 000 | 0000 | online | database |

File an Annual Report - Order a Document Copy

**Certificates of**             None
**Newly-elected**
**Officers/Directors**

**Old Names**                   None

**Chronology**

| Effective Date | Transaction | Filed Date | Description |
|----------------|-------------|------------|-------------|
| 02/17/2012     | Organized   | 02/17/2012 | E-Form      |

Order a Document Copy

# APPENDIX B

# ABOUT LDF HOLDINGS

http://ldf-holdings.com/



• • • • • • • •

*Our Community*

LDF Holdings is a wholly-owned subsidiary of the **Lac du Flambeau Business Development Corporation (LDF BDC)**, a wholly owned and operated economic arm and instrumentality of the **Lac du Flambeau Band of Lake Superior Chippewa Indians**, a federally recognized Indian Tribe.



The LDF BDC is the non-gaming business arm of the Lac du Flambeau Band of Lake Superior Chippewa Indians.

We place the highest value on integrity, respect, honesty and ethics. We practice these values in deed and word while working for and serving the best interest of the Waaswaaganing Ojibwe Nation.

Created in 2012, our focus is to create profitable business enterprises and sustainable jobs for our community members today and the next seven generations.

LDF Holdings owns and manages the entire online lending business, which currently includes 19 Tribal Lending Entities (TLEs). We are governed by the LDF Tribal Financial Services Regulatory Authority (TFSRA) as well as applicable federal laws.

LDF Holdings strives to offer the best customer service and loan product to our consumers by managing manages the relations with our partners and vendors. LDF Holdings is responsible for keeping up with the latest rules and regulations and ensuring our TLEs are operating in full compliance. We perform monthly compliance checks on all TLEs as well as annual audits.



| COMPANY | SERVICES |
|---|---|
| Our Team | TLE Services |
| Careers | Testimonials |
| Contact | |

LDF Business Development Corp.

Lac du Flambeau Tribe

**01**



About LDF Holdings | TLE Services | Find A Lender | Holdings Hints | Contact Us



# Financial Expertise

Read more

---

## Our Offer

**Our Offer:**

- Call Center Solutions
- Loan Processing
- Collections
- ACH Processing
- Quality Assurance
- Retention
- Customer Service
- Compliance
- Vendor Relations
- Dispute Resolution

## Our Commitment

We deliver confidence to Tribal Lending Entities. Trust is earned, and LDF Holdings stands on a foundation of trust-building bedrock.

- Compliance: Rigorous adherence to Tribal and applicable federal laws
- Oversight: Diligent review by Tribal Financial Regulation Authority
- Reliability: Leading technology platforms trusted by financial services industry
- Performance: Proven processes producing year-over-year growth since 2013
- Connectivity: Extensive banking and ACH relationships

## Our Affiliations

**Proud Members of:**





ldf-holdings.com/

Our Portfolios





**003**

## Operations Team



### Jessi Lorenzo

President

Jessi Lorenzo, President of LDF Holdings, has been in the short-term lending industry for more than eight years.

Before coming to LDF Holdings in January of 2017, Jessi worked for Triax Management, the management company that LDF Holdings was utilizing to help grow their lending business. Prior to this industry she spent many years in advertising sales.

Jessi grew up in New England, attended the University of New Hampshire where she played Division 1 Tennis. She resides in in Tampa, Florida, with her wife Lily and their three small children Warren, Drew and Lucia.



### Juanita Huguley

Operations Director

Juanita is originally from Kansas City where she raised her aunt and a two boys and sent them off into adulthood. She has been in the Online Lending industry for 10+ years and started at the ground up as a Customer Service Representative and was able to work her way up to management.

Prior to joining LDF Holdings in December 2016, Juanita managed operations and the call center for several online short-term lending companies. She came to LDF Holdings to be a part of a growing and exciting organization where her knowledge and expertise could help not just a company but an entire community.

Juanita has seen roots in Tomahawk, Wisconsin, and enjoys spending her off time outside enjoying nature from her porch.



### Kemberlar Smith

Compliance Director

Kemberlar Smith is an Operational Risk Professional with over 20 years of banking experience in the fields of financial planning, budgeting, operations, Quality Assurance, Auditing, Mortgage Processing and Underwriting, Compliance Training/Implementation & Risk and Control Management.

Kemberlar moved to Florida in 2002 from New York where she had worked for notable companies such as the Wall Street Stock Exchange, CitiFinancial at 1 World Trade Center, JP Morgan Chase and Xerox Corporation. In the 15 years that she has been in Florida, she worked for Bank of America for three years and Wells Fargo Bank, N.A. for 12 years, holding several positions in Process Implementation, Quality Assurance, Risk Management and Compliance.

Kemberlar's greatest joys in life is God, her wonderful son, Dr. Josh, her 4-legged daughter Sasha, her family, travelling, writing, shopping, mentoring women and spending quality time alone to refresh, renew and revive herself.



### Ernestine Rodriguez

Vendor Relations Manager

Ernestine Rodriguez is a member of the Lac du Flambeau Band of Lake Superior Chippewa Indians born and raised right here in beautiful Lac du Flambeau (Okgwilla to be more specific). Over the years, Ernestine has worked in various positions for the Tribe including the Casino, the Education Department and the Peter Christensen Health Clinic. Ernestine has served on numerous Tribal Committees and in her spare time she is an EMT with the Town of Lac du Flambeau Ambulance service.

Ernestine has a son Jerren and two dogs, Peanut a Jack Russell Terrier mix, and Chief a Victorian Bulldog/Bull Mastiff mix.

Ernestine truly enjoys being part of a strong organization that can provide economic growth and job opportunities for the tribe and community while providing a great consumer loan product. She looks forward to continuing to learn about the lending industry, working with the Tribal Lending model and being a part of the Wakanda team.

**004**



## Melinda Walker

Vendor Relations Coordinator

Melinda began with LDF Holdings in 2015 as a Customer Service Representative. Through hard work, dedication and expanding her knowledge, she advanced quickly to Vendor Relations Manager. She continues to strive for excellence and is a key player in streamlining the onboarding process. Prior to joining LDF Holdings, Melinda worked for Lake of the Torches Resort Casino as an Executive Assistant, as well as various Tribal departments.

Melinda is a Lac du Flambeau Band of Lake Superior Chippewa Indians Tribal Member. She grew up on the Lac du Flambeau reservation and remains close to her traditions and culture. She is the mother of three wonderful children - Lauryn, Charlie and Avari. In her off time, she enjoys spending quality time with her husband, Joe and children whether it be at the movies, on a road trip or in the comfort of their cabin in the woods. She enjoys disc golfing, hiking, video gaming and making custom furniture, but most importantly, adventure.



## Crystal Williams

Compliance Coordinator

Crystal began with LDF Holdings in 2017 as a Customer Service Representative. With hard work and dedication to the team, she quickly worked her way to Call Center Supervisor. In February 2018, Crystal joined the Compliance Team and has quickly adapted to the many phases of compliance. Her attention to detail and her drive to excel within the company will continue to be her platform for success.

Prior to joining LDF Holdings, Crystal had worked in retail, manufacturing, and received her CNA Certification. She's a Lac du Flambeau Band of Lake Superior Chippewa Indians Tribal Descendent. Born and raised in Lac du Flambeau, she currently lives in Woodruff with her life partner Lawrence, their son Logan and two cats, Mew and Maple.

Outside of work, Crystal enjoys biking with her family, walks and river tubing.



## Brittany Allen

Executive Assistant

Brittany joined LDF Holdings in 2019 as the Executive Assistant to LDF Holdings President. A Lac du Flambeau Band of Lake Superior Chippewa Indians Tribal Member, she's the mother of two wonderful little boys, ages 1 and 5. She holds a tribal management degree from Nicolet College. And, she has studied hospitality business management with a minor in casino industry management at Michigan State University.

005

    

| Tracy Whitman | Antoinette Beaudry | Dan TwoCrow | Joe Walker | Alan Moore |
|---|---|---|---|---|
| Operations Manager | Operations Supervisor | Call Center Supervisor | Trainer | Tech Support |



Our Dedicated Call Center Staff

## View Our Employee Spotlights



**COMPANY**
Our Team
Careers
Contact

**SERVICES**
TLE Services
Testimonials





© 2019 LDF Holdings. All Rights Reserved.

# **APPENDIX C**

## LinkedIn Profile of Jessi Lorenzo,
## Accessed April 30, 2020



https://www.linkedin.com/in/jessi-phillips-lorenzo-bb56774/  Accessed April 30, 2020, 15:41

# **APPENDIX D**

11/10/21, 4:25 PM                                                          Whois availblue.com

 **Whois**
Identity for everyone

Enter Domain or IP | WHOIS

DOMAINS   WEBSITE   CLOUD   HOSTING   SERVERS   EMAIL   SECURITY   WHOIS   SUPPORT         LOGIN        0

# availblue.com

Updated 1 second ago ↻

### Domain Information

| | |
|---|---|
| Domain: | availblue.com |
| Registrar: | GoDaddy.com, LLC |
| Registered On: | 2017-07-03 |
| Expires On: | 2022-07-03 |
| Updated On: | 2021-07-04 |
| Status: | clientDeleteProhibited |
| | clientRenewProhibited |
| | clientTransferProhibited |
| | clientUpdateProhibited |
| Name Servers: | ns1.plmserver.com |
| | ns2.plmserver.com |

### Registrant Contact

| | |
|---|---|
| Organization: | LDF Holdings LLC |
| State: | Wisconsin |
| Country: | US |
| Email: | Select Contact Domain Holder link at https://www.godaddy.com/whois/results.aspx?domain=availblue.com |

### Administrative Contact

| | |
|---|---|
| Email: | Select Contact Domain Holder link at https://www.godaddy.com/whois/results.aspx?domain=availblue.com |

### Technical Contact

| | |
|---|---|
| Email: | Select Contact Domain Holder link at https://www.godaddy.com/whois/results.aspx?domain=availblue.com |

### Raw Whois Data

```
Domain Name: availblue.com
Registry Domain ID: 2139714590_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2020-06-29T21:47:17Z
Creation Date: 2017-07-03T15:30:42Z
Registrar Registration Expiration Date: 2022-07-03T15:30:42Z
```

**Interested in similar domains?**

| | |
|---|---|
| availred.com | Buy Now |
| availwhite.com | Buy Now |
| getavailblue.com | Buy Now |
| availpurple.com | Buy Now |
| availred.net | Buy Now |
| availwhite.net | Buy Now |

**.space**
~~$24.88~~ $0.88

BUY NOW

*Offer ends 30th November 2021

**On Sale!**

**.LIVE**

.LIVE @ $3.28 ~~$28.88~~


Introducing
**WORDPRESS HOSTING**
$3.58 /mo

VIEW MORE

https://www.whois.com/whois/availblue.com                                                                        1/3

```
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibi
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited
Registrant Organization: LDF Holdings LLC
Registrant State/Province: Wisconsin
Registrant Country: US
Registrant Email: Select Contact Domain Holder link at https://www.godaddy.com/whoi
Tech Email: Select Contact Domain Holder link at https://www.godaddy.com/whois/resu
Admin Email: Select Contact Domain Holder link at https://www.godaddy.com/whois/res
Name Server: NS1.PLMSERVER.COM
Name Server: NS2.PLMSERVER.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2021-11-10T22:21:54Z <<<
For more information on Whois status codes, please visit https://icann.org/epp

TERMS OF USE: The data contained in this registrar's Whois database, while believed
registrar to be reliable, is provided "as is" with no guarantee or warranties regar
accuracy. This information is provided for the sole purpose of assisting you in obt
information about domain name registration records. Any use of this data for any ot
is expressly forbidden without the prior written permission of this registrar. By s
an inquiry, you agree to these terms and limitations of warranty. In particular, yo
to use this data to allow, enable, or otherwise support the dissemination or collec
data, in part or in its entirety, for any purpose, such as transmission by e-mail,
postal mail, facsimile or other means of mass unsolicited, commercial advertising o
of any kind, including spam. You further agree not to use this data to enable high
or robotic electronic processes designed to collect or compile this data for any pu
mining this data for your own personal or commercial purposes. Failure to comply wi
may result in termination of access to the Whois database. These terms may be subje
at any time without notice.
```

## related domain names

godaddy.com    icann.org    plmserver.com    internic.net



Leading provider of web presence
solutions that empower you to establish
and grow your online presence.

Learn more About Us

| Login | or | Create an Account |

Follow Us

## Domains

Register Domain Name

Transfer Domain Name

View Domain Pricing

Whois Lookup

Name Suggestion Tool

Free with Every Domain

Domain Offers

## Hosting & Products

Linux Hosting

Windows Hosting

WordPress Hosting

Linux Reseller Hosting

Windows Reseller Hosting

Dedicated Servers

Cloud Hosting

Website Builder

Business Email

Enterprise Email

Google Workspace

SSL Certificates

## Infrastructure

Datacenter Details

Hosting Security

24 x 7 Servers Monitoring

Backup and Recovery

## Support

View Knowledge Base

Contact Support

Report Abuse

About Whois

11/10/21, 4:25 PM                              Whois availblue.com

Sitelock

CodeGuard

Copyright © Whois.com. All rights reserved | Legal Agreement | Privacy Policy

# APPENDIX E

11/11/21, 9:51 AM                                                    IP Location Finder - Geolocation



Amazon Fresh

Amazon Fresh Store Now
Use Amazon Dash cart or Am
app for contactless payment.

 Store info        Dire

# Geolocation for IP **184.172.11.134**
## **Hide IP with VPN**

## IP Location Finder

| IPv4, IPv6 or Domain Name | IP Lookup |
| --- | --- |

Here are the results from a few Geolocation providers. Is the data shown below not accurate enough? Please read **geolocation accuracy** info to learn why.

Do you have a problem with IP location lookup? Report a **problem**.

Geolocation data from IP2Location (Product: DB6, updated on 2021-11-1)

| IP Address | Country | Region | City |
| --- | --- | --- | --- |
| **184.172.11.134** | **United States of America** | **Texas** | **Dallas** |
| ISP | Organization | Latitude | Longitude |

| IP Address | Country | Region | City |
|---|---|---|---|
| SoftLayer Technologies Inc. | Not Available | 32.9395 | -96.8387 |

## Geolocation data from ipinfo.io (Product: API, real-time)

| IP Address | Country | Region | City |
|---|---|---|---|
| 184.172.11.134 | United States | Texas | Dallas |
| ISP | Organization | Latitude | Longitude |
| SoftLayer Technologies Inc. | SoftLayer (ibm.com) | 32.7831 | -96.8067 |

## Geolocation data from DB-IP (Product: Full, 2021-11-1)

| IP Address | Country | Region | City |
|---|---|---|---|
| 184.172.11.134 | United States | Texas | Dallas |
| ISP | Organization | Latitude | Longitude |
| SoftLayer | SoftLayer | 32.9339 | -96.828 |

## Geolocation data from IPregistry.co (Product: API, real-time)

| IP Address | Country | Region | City |
|---|---|---|---|
| 184.172.11.134 | United Statesus | Texas | Dallas |
| ISP | Organization | Latitude | Longitude |
| SoftLayer Technologies Inc. | SoftLayer Technologies Inc. | 32.78161 | -96.80544 |

## Geolocation data from IPGeolocation.io (Product: API, real-time)

| IP Address | Country | Region | City |
|---|---|---|---|
| 184.172.11.134 | United States | Texas | Dallas |
| ISP | Organization | Latitude | Longitude |
| SoftLayer Technologies Inc. | SoftLayer Technologies Inc. | 32.86051 | -96.90010 |

## Geolocation data from IPapi.co (Product: API, real-time)

| IP Address | Country | Region | City |
|---|---|---|---|
| 184.172.11.134 | United States | Texas | Dallas |

11/11/21, 9:51 AM                                    IP Location Finder - Geolocation

| IP Address | Country | Region | City |
|---|---|---|---|
| ISP | Organization | Latitude | Longitude |
| **SOFTLAYER** | **SOFTLAYER** | **32.7767** | **-96.805** |

## Geolocation data from IPAPI (Product: API, real-time)

| IP Address | Country | Region | City |
|---|---|---|---|
| **184.172.11.134** | **United States**us | **Texas** | **Dallas** |
| ISP | Organization | Latitude | Longitude |
| **Softlayer Technologies Inc.** | **Not Available** | **32.805431365967** | **-96.814231872559** |

## Geolocation data from ipdata.co (Product: API, real-time)

| IP Address | Country | Region | City |
|---|---|---|---|
| **184.172.11.134** | **United States** 🏳 | **Texas** | **Dallas** |
| ISP | Organization | Latitude | Longitude |
| **SoftLayer Technologies Inc.** | **Not Available** | **32.7767** | **-96.805** |

Would you like to help us improve ip-to-location data by providing your feedback?

Login to add feedback

10

SECONDS

ARE YOU AS TECH SAVVY AS YOU
THINK?

✖

 

"Outstanding"

# IP-Based Geolocation Accuracy

The Geolocation lookup tool provided on this page is an estimate of where the IP address may be located. The data come from a few IP-Based Geolocation providers, and their accuracy varies depending on how quickly they update their database when changes occur. Since many Internet users are getting their dynamic IP address from their ISP, and most ISPs serve their customers in multiple regions causing Geolocation lookup to be accurate to the region they serve. For example, AT&T in the United States serve their customers in entire USA and the accuracy may be limited to the Country level. Other ISPs may be serving smaller areas, and some ISPs create subnetworks to serve their customers in smaller regions. For this reason, the IP-based Geolocation will be about 99% accurate at the country level while the accuracy of State and City may be at much less accurate level somewhere around 50% range.

For more information about Geolocation Accuracy, please read How accurate is IP-based Geolocation lookup?

## Related Articles

- What is an IP Address?

- My IP Address is Hacked. What can I do?

- What is the difference between static and dynamic IP Address?

- What is the difference between public and private IP Address?

ADVERTISEMENT

# **APPENDIX F**

**LDF HOLDINGS** (https://ldf-holdings.com/home/)

Please contact us for customer support.

email support@ldf-holdings.com
(mailto:emailsupport@208.117.38.97)
(815) 388-0500

# ABOUT LDF HOLDINGS

About Us (https://ldf-holdings.com/about/)

TLE Services (https://ldf-holdings.com/tle-services/)

Blog (https://ldf-holdings.com/holdings-hints-fall/)

Contact (https://ldf-holdings.com/contact/)

Careers (https://ldf-holdings.com/careers/)

*Our Community*

LDF Holdings owns and manages the entire online lending business. We are governed by the LDF Tribal Financial Services Regulatory Authority (TFSRA) as well as applicable federal laws.

Case: 1:21-cv-06598 Document #: 1-1 Filed: 12/09/21 Page 24 of 66 PageID #:48



LDF Holdings strives to offer the best customer service and loan products to our consumers. LDF Holdings is responsible for keeping up with the latest rules (https://ldf-holdings.com/home/) ensuring our TLEs are operating in full compliance. Please contact us for customer support.

email support@ldf-holdings.com (mailto:emailsupport@208.117.38.97)

(844) 388-0500

About Us (https://ldf-holdings.com/about/)

TLE Services (https://ldf-holdings.com/tle-services/)

Blog (https://ldf-holdings.com/holdings-hints-fall/)

Contact (https://ldf-holdings.com/contact/)

Careers (https://ldf-holdings.com/careers/)



(https://ldf-holdings.com/home/)

## COMPANY

Careers (https://ldf-holdings.com/careers/)

Contact (https://ldf-holdings.com/contact/)

## SERVICES (https://ldf-holdings.com/company__trashed/tle-services/?fl_builder)

TLE Services (https://ldf-holdings.com/tle-services/)

Testimonials (https://ldf-holdings.com/testimonials/)



(http://www.ldfbdc.com/)

Case: 1:21-cv-06598 Document #: 1-1 Filed: 12/09/21 Page 25 of 66 PageID #:49



(https://ldf-holdings.com/home/) (https://www.ldftribe.com/)

Please contact us for customer support.

email support@ldf-holdings.com
(mailto:emailsupport@208.117.38.97)

(844) 388-0500

© 2021 LDF Holdings. All Rights Reserved.

About Us (https://ldf-holdings.com/about/)

TLE Services (https://ldf-holdings.com/tle-services/)

Blog (https://ldf-holdings.com/holdings-hints-fall/)

Contact (https://ldf-holdings.com/contact/)

Careers (https://ldf-holdings.com/careers/)

# **<u>APPENDIX G</u>**

 Datanyze

Sign Up | Log in | G Use Google

✓ 10 free leads on us

## Use our Chrome Extension & instantly connect with prospects

Download Free

Homepage > Finance > Avail Blue



Company Name
## Avail Blue

Main Industry
Finance

Website
www.availblue.com ↗

## Contact Information

Headquarters

⌖ PO Box 12, Lac du Flambeau, Wisconsin, 54538, United States

☏ (888) 985-3171

Lac du Flambeau, Wisconsin Office

⌖ 597 Peace Pipe Rd, Lac du Flambeau, Wisconsin, 54538, United States

☏ (888) 985-3171

# Avail Blue Profile and History

AvailBlue is a consumer lending company specializing in online installment loans. Unlike many other lending companies, we offer flexible payment options that empower our customers to better control their finances. As a direct lender, we provide immediate and secure service, no middle-men, and fast, friendly U.S.-based representatives. We value our customers and understand that customer loyalty is ...Read More

## Popular Searches

Avail Blue

💲 **Revenue**
$4.9 M

👥 **Employees**
22

🏭 **Primary Industries**
Finance

11/11/21, 4:20 PM                Avail Blue Company Profile | Management and Employees List

 **Datanyze**                                    Sign Up    |    Log in         G Use Google

# Avail Blue Executive Team & Key Decision Makers

| Name & Title | Social | Contact Info | |
|---|---|---|---|
| **Ashley Windsor**<br>Director, Human Resources | | ✉ ＊＊＊＊@availblue.com<br>📞 (913) ＊＊＊-＊＊＊＊ | Visit Pr |
| **Rick Gwynne** | | ✉ ＊＊＊＊@availblue.com | Visit Pr |

Company Overview    **Team Members**    Technologies    Email Formats    Faqs

# Recently Updated Team Members

| Name & Title | Social | Contact Info | |
|---|---|---|---|
| **Tressia Sandel**<br>Manager, Training & Quality | | 📞 (913) ＊＊＊-＊＊＊＊ | Visit Pr |
| **Uriel Silva**<br>Loan Specialist | | ✉ ＊＊＊＊@availblue.com | Visit Pr |
| **Ashley Windsor**<br>Director, Human Resources | | ✉ ＊＊＊＊@availblue.com<br>📞 (913) ＊＊＊-＊＊＊＊ | Visit Pr |
| **Rick Gwynne**<br>Director of Recovery and Collections | | ✉ ＊＊＊＊@availblue.com | Visit Pr |
| **Mark Koetting**<br>Mainspring Management | | ✉ ＊＊＊＊@availblue.com<br>📞 (913) ＊＊＊-＊＊＊＊ | Visit Pr |
| **Devin Reynolds**<br>Lead Acquisition Analyst | | ✉ ＊＊＊＊@availblue.com<br>📞 (913) ＊＊＊-＊＊＊＊ | Visit Pr |
| **Laura Wilson**<br>Manager, Customer Service & Compliance | | ✉ ＊＊＊＊@availblue.com<br>📞 (816) ＊＊＊-＊＊＊＊ | Visit Pr |

Case: 1:21-cv-06598 Document #: 1-1 Filed: 12/09/21 Page 29 of 66 PageID #:53

 **Datanyze**

Sign Up   |   Log in    G Use Google

# Top Avail Blue Integrations and Technologies

Here's a list of some of the top trending technologies and APIs used by Avail Blue.

**Frameworks and Libraries** (2 Technologies)

 jQuery
By jQuery

 Bootstrap
By Twitter

**Help Desk** (2 Technologies)

 Zendesk Web Widget
By Zendesk

 Zendesk Help Desk
By Zendesk

**Web Analytics** (1 Technologies)

 Google Global Site Tag
By Google

Show Me More Technologies ⌄

# Avail Blue Email Formats

| Parameter | Sample Email | Percentage |
| --- | --- | --- |

11/11/21, 4:20 PM                              Avail Blue Company Profile | Management and Employees List

**Datanyze**                                                    Sign Up  |  Log in      G Use Google

| 1 | first.last initials | John.S@availblue.com | % |
| 2 | first | John@availblue.com | % |
| 3 | last.first initials | Smith.J@availblue.com | % |
| 4 | first.last | John.Smith@availblue.com | % |
| 5 | first + last | JohnSmith@availblue.com | % |
| 6 | first_last | John_Smith@availblue.com | % |
| 7 | last | Smith@availblue.com | % |

# Your Questions, Our Answers

**What is Avail Blue revenue?**

Avail Blue revenue is $4.9 M

**How many employees does Avail Blue have?**

Avail Blue has 22 employees

**Where is Avail Blue headquarters located?**

Avail Blue headquarters are located in PO Box 12, Lac du Flambeau, Wisconsin, 54538, United

**What are Avail Blue's primary industries?**

Avail Blue's main industries are: Finance

Get Free Access to Avail Blue Contacts Info

## Start with Datanyze For Free!

Find your B2B customer within minutes using affordable, accurate contact data from Datanyze

Try it free

Case: 1:21-cv-06598 Document #: 1-1 Filed: 12/09/21 Page 31 of 66 PageID #:55



**Datanyze**                                    Sign Up    |    Log in    [ G Use Google ]

Be a Pro

Features

Pricing

Blog

About

Help Desk

Market Share Reports

Datanyze

© 2021 Datanyze

SSL Secure Payment

Privacy Policy

Terms of Service

Do Not Sell My Info

Cookies

# **APPENDIX H**

11/11/21, 4:05 PM                    Mark Koetting's email & phone | Avail Blue's Mainspring Management contact info

 **Datanyze**                                                   Sign Up  |  Log in

✓ 10 free leads on us

## Use our Chrome Extension & instantly connect with prospects

Download Free

Homepage > Finance > Avail Blue > Mark Koetting



**Mark Koetting**
Mainspring Management

AVAILBLUE  Avail Blue 🔲

**Connect with Mark Koetting, Now**

Reveal the information hidden below for free

📞  +1 913 ✱ ✱ ✱          Phone
    ✱ ✱ ✱ ✱              (Direct)

📞  +1 913 ✱ ✱ ✱          Phone
    ✱ ✱ ✱ ✱              (Mobile)

📞  (888) 985-3171 Phone (HQ)

✉  ✱ ✱ ✱ ✱ ✱@availblue.com Email

📍  PO Box 12, Lac du        Office
    Flambeau, Wisconsin,     Address
    54538, United States     (HQ)



Reveal for Free

## Work Biography for Mark Koetting, Avail Blue

Mark Koetting works as a Mainspring Management at Avail Blue, which is a Finance company with an estimated 22 employees;, their management level is Manager. Mark is currently based in United States.

Quickly connect with Mark before someone else does! 👋

## Mark's Workplace

  Avail Blue

AvailBlue is a consumer lending company specializing in online installment loans. Unlike many other lending companies, we offer flexible payment options that empower our customers to better control their finances. As a direct lender, we provide immediate and secure service, no middle-men, and fast, ...Read More

Headquarters:  PO Box 12, Lac du Flambeau, Wisconsin, 54538, United States

Employees: 22

 Datanyze

Sign Up  |  Log in

( Get Full Profile Access )

# Ice Breakers

Warm up a cold prospect with Datanyze ice breakers

### Insights to Break the Ice
In your first interaction

☆ Mark is located in United States

☆ Mark has been Mainspring Management in Avail Blue for 6 months

## Recommended Leads

Based on Mark Koetting's profile and your recent activity, these leads picked for you

| Name & Title | Contact Info | |
|---|---|---|
| **Ashley Windsor**<br>Director, Human Resources | ✉ * * * * *@availblue.c...<br>☎ +1 913 * * * * * | Visit Profile |
| **Rick Gwynne**<br>Director of Recovery and Collections | ✉ * * * * *@availblue.c... | Visit Profile |
| **Chris Singleton**<br>Manager, Operations | ✉ * * * * *@availblue.c... | Visit Profile |
| **Ashley Goldberg**<br>Manager, Human Resources | ✉ * * * * *@availblue.c...<br>☎ +1 913 * * * * * *<br>ext. * * * * | Visit Profile |
| **Tressia Sandel**<br>Manager, Training & Quality | ☎ +1 913 * * * * * *<br>ext. * * * * | Visit Profile |



## Datanyze

Sign Up     |     Log in



Manager, Customer Service &
Compliance

**Norvel Crawford**
Supervisor, Business

✉ *****@availblue.c...

Visit Profile

**Angel Moses**
Loan Specialist

Visit Profile

# Frequently Asked Questions about Mark Koetting

**What company does Mark Koetting work for?**
Mark Koetting works for Avail Blue

**What is Mark Koetting's title in Avail Blue?**
Mark Koetting's title in Avail Blue is Mainspring Management

**Where is Mark Koetting located?**
Mark's company headquarters are in Lac du Flambeau, Wisconsin

**What is Mark Koetting's headquarters phone number?**
Mark Koetting's headquarters phone number is (888) 985-3171

Get Free Access to Mark's Contact Info

## Start with Datanyze For Free!

Find your B2B customer within minutes using affordable, accurate contact data from Datanyze

Try it free

Be a Pro

Features

 **Datanyze**

Blog

About

Help Desk

Market Share Reports

## Datanyze

© 2021 Datanyze

SSL Secure Payment

Privacy Policy

Terms of Service

Do Not Sell My Info

Cookies

# **APPENDIX I**

# Limited Liability Company Annual Report



1. LLC Name: MAINSPRING MANAGEMENT LLC
2. Business Entity ID No.: 5373998
3. Tax Closing Date: December 2020
4. State of Organization: DE
5. Official Mailing Address:
   MARK KOETTING, 10561 BARKELY STREET, STE.
   520 , OVERLAND PARK KS 66212



| Electronic File Stamp Information |
| --- |
| Filed |
| • Date:01/27/2021 |
| • Time: 05:28:22 PM |

6. Members who own 5% or more of capital (Kansas LLCs only):

Federal Employer Identification Number (FEIN): 82-2351452

"I declare under penalty of perjury pursuant to the laws of the state of Kansas that the foregoing is true and correct."

Executed on January 27, 2021

Signature of Authorized Person: Mark Koetting

KANSAS SECRETARY OF STATE NON-CERTIFIED WEB COPY 11/11/2021 4:38:25 PM

5373998

**FA**

KANSAS SECRET
Application fo
Foreign Cove

Please
Do Not
Staple

Memorial Hall, 1st Floor
120 S.W. 10th Avenue
Topeka, KS 66612-1594

| 4762    02 | FILED BY KS SOS |
|---|---|
| 054    001 | 07-20-2020 |
| $85.00    4 | 04:28:33 PM |
| | FILE#: 5373998 |

| 4762    01 | FILED BY KS SOS |
|---|---|
| 051    010 | 07-20-2020 |
| $165.00    4 | 04:28:29 PM |
| | FILE#: 5373998 |

05712305

All information on the application for registration must be complete and accompanied by the correct filing fee or the document will not be accepted for filing. A certificate of existence or good standing from the home state must accompany the application.

| **Choose type of covered entity:** | ☐ **Corporation for profit** (fee $115) 51-03 | ☐ **Series limited liability company** (fee $250) 51-33 (Statement 11a applies) |
|---|---|---|
| | ☐ **Corporation not for profit** (fee $115) 51-17 | ☐ **Limited partnership** (fee $165) 51-06 |
| | ☒ **Limited liability company** (fee $165) 51-10 | ☐ **Limited liability partnership** (fee $165) 51-18 (Statement 11b applies) |

| **1. Name of covered entity:** Must *exactly* match name on certificate. | Mainspring Management LLC |
|---|---|

| **2. State or foreign country of origin:** | DE |
|---|---|

| **3. Date of formation in home state:** | Month 07 | Day 28 | Year 2017 |
|---|---|---|---|

4. Include a statement (certificate of good standing/existence* issued within 90 days of the application by the proper officer of the jurisdiction where such foreign entity is organized (usually the Secretary of State or comparable agency) that the entity exists in good standing under the laws of the jurisdiction of its organization.

* Click here to see each state/jurisdiction's certificate and issuing agency.

| **5. Date the covered entity began doing business in Kansas if different than the filing date:** | Month 01 | Day 01 | Year 2018 | See FA-I #5 for additional filings and fees that may be due. |
|---|---|---|---|---|

| **6. Name of resident agent and address of registered office in Kansas:** Must be a Kansas street address. A P.O. Box is unacceptable. | Name Mark Koetting |
|---|---|
| | Street Address 10561 Barkley Street, Ste. 520 |
| | City Overland Park | State KS | Zip 66212 |

**1 / 2**

K.S.A. 17-7931
Rev. 10/9/19 tc

Please continue to next page.

KANSAS SECRETARY OF STATE NON-CERTIFIED WEB COPY 11/11/2020 1:38:46 PM

**7. Mailing address:**
Address will be used to send official mail from the Secretary of State's office

Attention Name
Mark Koetting

Address
10561 Barkely Street, Ste. 520

| City | State | Zip | Country |
|------|-------|-----|---------|
| Overland Park | KS | 66212 | USA |

**8. Fiscal year end:**
December 31st

**9. Full nature and character of business to be conducted in Kansas:**
Call Center

**10.** The foreign covered entity hereby consents, without power of revocation, that actions may be commenced against it in the proper court of any county in the state of Kansas; and the foreign covered entity stipulates and agrees that such service shall be taken and held in all courts to be valid and binding as if due service had been made upon the authorized persons of the foreign covered entity.

**11a.** This statement applies to foreign series limited liability companies only, and applies only if the series limited liability company is chosen as type of covered entity.

The operating agreement for this LLC provides for the establishment of one or more series. When the company has filed a certificate of designation for each series, which is to have limited liability, the debts, liabilities, and obligations incurred, contracted for, or otherwise existing with respect to a particular series of the limited liability company are enforceable against the assets of such series only, and not against the assets of the limited liability company generally or any other series thereof, and none of the debts, liabilities, obligations, and expenses incurred, contracted for, or otherwise existing with respect to the limited liability company generally or any other series thereof shall be enforceable against the assets of such a series.

**11b.** This statement applies to foreign limited liability partnerships only, and applies only if the foreign limited liability partnership is chosen as type of covered entity.

The above-named partnership elects to be a foreign limited liability partnership.

**12.** I declare under penalty of perjury pursuant to the laws of the state of Kansas that the foregoing is true and correct.

Signature of Authorized Person

Name of Signer (Printed or Typed)
Mark Koetting

**2 / 2**   K.S.A. 17-7931
Rev. 10/9/19 tc

Please review to ensure completion.

# **APPENDIX J**

 | Rick A. Gwynne II | 



## Rick A. Gwynne II

Director of Recovery & Collections at Mainspring Management LLC

Kansas City Metropolitan Area · 118 connections

### Join to Connect

 **Mainspring Management LLC**

 **The University of Kansas**

---

## About

---

## Experience

 **Director of Recovery & Collections**
Mainspring Management LLC
Feb 2021 - Present · 11 months
Overland Park, Kansas, United States

 **Operations / Collections Manager**
Pioneer Services / MidCountry Bank

12/6/21, 12:55 PM        Rick A. Gwynne II - Director of Recovery & Collections - Mainspring Management LLC | LinkedIn

 Rick A. Gwynne II 

• Managed corporate call center operations while promoting a unique and rewarding company culture where I was accountable for the professional success of a diverse workforce which led to record goal achievement on an annual and monthly basis. $20mm annual revenue / <4% delinquency monthly / $150m portfolio. Most importantly, responsible for team member development to empower their ownership for the success of the company.
• Directed department with team of managers overseeing team leads...

Show more ⌄



### Operations/Collections Manager / New Business Manager
Instant Auto Sales / Upper Lake Processing

Jun 2013 - Dec 2014 · 1 year 7 months

Lees Summit, Missouri, United States / Overland Park, Kansas, United States

• Managed small collections team specializing in repayment of car loans and repossessions

UL - New Business Manager overseeing online loan processing and acceptance - managing up to 24 agents



### Credit Collections Supervisor
Alliance Data

Oct 2011 - Jun 2013 · 1 year 9 months

Lenexa, Kansas, United States

• Managed 15-20 associates in Private Label collections while cultivating relationships, measurably changing customer behavior and growing the business for clients through data-driven loyalty and marketing solutions.
• Delivered sound results using leadership skills and company best practices to achieve and maintain challenging goals and expectations thru the use of project and portfolio management, commitment to superior customer care and satisfaction and initiative-driven risk taking...

Show more ⌄



### Collections Manager
Wells Fargo

Jul 2002 - Jul 2008 · 6 years 1 month

Kansas City, Missouri, United States

• Responsible for managing and training staff of up to 100+ employees to increase team member performance and productivity, provided effective leadership by way of influence and impact, coached supervisors on strategic planning and project management during team and 1:1 meetings. Evaluated and analyzed attendance behaviors and conducted candidate interviewing, hiring and retention practices in line with company policies.

• Created new hire training workshops and interactive training thru the

# Education

# **APPENDIX K**

**PLEASE TAKE A MOMENT TO REVIEW THIS LOAN AGREEMENT CAREFULLY. YOU WILL BE REQUIRED TO ELECTRONICALLY SIGN AND DATE IT. YOU WILL ALSO ELECTRONICALLY SIGN AND DATE THE DISBURSEMENT AND PAYMENT CHOICE AUTHORIZATIONS.**

Loan # ▮▮▮▮

| | |
|---|---|
| Agreement Date: 11/3/2021 | Loan #: ▮▮▮▮ |
| Effective Date: 11/04/2021 | Loan Type: |
| Anong LLC d/b/a Avail Blue<br>P.O. Box 12<br>Lac Du Flambeau, WI 54538<br><br>Phone: 888-985-3171 | Name: TYANNA QUALLS<br>Address:<br>City:<br>State: Zip:<br>Phone:<br>Email Address: |

In this Agreement ("Agreement") the words "we," "us" and "our" mean Anong LLC d/b/a Avail Blue, an economic development arm of, instrumentality of, and a limited liability company wholly-owned and controlled by, the Lac du Flambeau Band of Lake Superior Chippewa Indians ("Tribe"), and any authorized representative, agent, independent contractor, affiliate or assignee we use in the provision of your loan. "You" and "your" means the consumer who signs the Agreement electronically. The term "business day" means any calendar day other than a Saturday, Sunday or a bank or federal holiday, between the hours of 8AM and 5PM CST.

This Agreement is governed by the laws of the Tribe.

In order to complete your transaction with us, you must electronically sign and date this Agreement. A loan will not be made until your completed application is received and approved by us. Once you sign and submit this Agreement, the final approval for credit will be made from our office located on the Tribe's Reservation. If your information cannot be verified by the Effective Date, your request for credit will not be approved, we will not fund the loan, and you will not incur any finance charge or fees. If we approve your request, this Agreement will be consummated on the Tribe's Reservation.

## TRUTH IN LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate.<br><br>664.77% | FINANCE CHARGE<br>The dollar amount the credit will cost you.<br><br>$1575.00 | Amount Financed<br>The amount of credit provided to you or on your behalf.<br><br>$500.00 | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled.<br><br>$2,075.00 |
|---|---|---|---|

Your Payment Schedule will be:

| Number of Payments | Amount of Payment | When Each Payment is Due |
|---|---|---|
| 1 | $175.00 | 11/23/2021 |
| 2 | $167.50 | 12/08/2021 |
| 3 | $160.00 | 12/23/2021 |
| 4 | $152.50 | 01/07/2022 |
| 5 | $145.00 | 01/21/2022 |
| 6 | $137.50 | 02/08/2022 |
| 7 | $130.00 | 02/23/2022 |
| 8 | $122.50 | 03/08/2022 |
| 9 | $115.00 | 03/23/2022 |
| 10 | $107.50 | 04/08/2022 |
| 11 | $100.00 | 04/22/2022 |
| 12 | $92.50 | 05/06/2022 |
| 13 | $85.00 | 05/23/2022 |
| 14 | $77.50 | 06/08/2022 |
| 15 | $70.00 | 06/23/2022 |
| 16 | $62.50 | 07/08/2022 |

| 17 | $55.00 | 07/22/2022 |
| 18 | $47.50 | 08/08/2022 |
| 19 | $40.00 | 08/23/2022 |
| 20 | $32.50 | 09/08/2022 |

**Security**: If you decide to authorize automatic payments from your bank account, you are giving a security interest in your Payment Choice Authorization. If you do not authorize automatic payments from your bank account, you are not giving us a security interest.

**NONSUFFICIENT FUNDS FEE (NSF FEE).** You agree to pay $25 if an item in payment of what you owe is returned unpaid or the Bank for any reason rejects an ACH debit entry, the authorization for which was not properly revoked by you. You understand and agree that your bank may also charge you a fee for the presentation of an instrument for payment for which there are insufficient funds available to pay such instrument.

**Late Charge**: If a payment is 30 days or more late, you will be charged $30 per late scheduled payment.

**Prepayment**: If you pay off early, you will not have to pay a penalty.

See the terms of the Agreement below for any additional information about nonpayment, default, any repayment in full before the schedule date, and prepayment refunds and penalties.

ITEMIZATION OF AMOUNT FINANCED: Amount Financed/Amount given to you directly $500.00

## SPECIAL NOTICES:

- **YOUR LOAN IS AN EXPENSIVE FORM OF BORROWING.**
- **YOU CAN SAVE FINANCE CHARGES BY PAYING OFF YOUR LOAN EARLY EITHER IN PART OR IN FULL.**
- **YOUR LOAN IS DESIGNED TO ASSIST YOU IN MEETING YOUR SHORT-TERM CASH NEEDS. IT IS NOT A SOLUTION FOR LONGER TERM FINANCIAL PROBLEMS.**
- **NON-PROFIT CREDIT COUNSELING SERVICES MAY BE AVAILABLE IN YOUR COMMUNITY FOR CONSUMERS EXPERIENCING FINANCIAL PROBLEMS.**

## PAYMENT DISBURSEMENT OPTIONS

**DISBURSEMENT:** If your loan is approved, we will process disbursement of your loan proceeds within one (1) business day of the day your loan is approved. You authorize us to use commercially reasonable efforts to initiate a credit entry by depositing the proceeds of your loan into your Bank Account as described in your Disbursement Authorization. The date that your loan proceeds are deposited to your Bank Account is the "Disbursement Date." Unavoidable delays that occur as a result of bank holidays, the processing schedule of your individual bank, inadvertent processing errors, "acts of God," and/or "acts of terror" may extend the time for the deposit and may cause a change in the Disbursement Date and your Annual Percentage Rate ("APR") as disclosed herein. In the event that disbursement is delayed, the Disbursement Date will automatically adjust to the actual date of disbursement.

**AUTHORIZATION FOR ACH CREDIT:** You agree that we may initiate a credit entry to your Bank Account for an amount consistent with this Agreement on or before the Effective Date. If you revoke this authorization before we credit the loan proceeds to you, then we will not be able to deposit the loan proceeds into your Bank Account. To find out whether or not a deposit has been made, you may contact customer service at 888-985-3171.

## PAYMENT METHOD OPTIONS

**PAYMENTS:** You are required to make the payments for each period outlined in the payment schedule above ("Installment Period") on or before the payment due dates in the payment schedule ("Payment Due Dates"). If you would like to repay your loan according to a payment plan other than as set forth herein, you must contact a customer service representative no later than three (3) days prior to your next scheduled Payment Due Date to make those payment schedule modifications if you would like them in effect for the next Payment Due Date. You will make your payments on or before every Payment Due Date until you have paid the entire principal and accrued finance charge(s) and any other charges as described in this Agreement. If on the final scheduled Payment Due Date ("Maturity Date"), you still owe amounts under this Agreement, you will pay those amounts in full on that date. You may elect to make your payments electronically: by [ACH debit, by debit card, or by Remotely Created Check]. You may also elect to make your payments by cashier's check or money order and mail your payments to us.

**ELECTRONIC PAYMENT:** If you elect to make your payments electronically, then your payment plus any Non-Sufficient Funds ("NSF"), Late or Refused Instrument Charge fees due to us, if applicable, will be debited electronically from your Bank Account on each Payment Due Date as set forth in your payment schedule (see "PAYMENT CHOICE AUTHORIZATION" below) through one of the electronic methods described below. You may revoke your payments by contacting customer service at 888-985-3171 or emailing us at customercare@availblue.com. Please note: if your scheduled payment has already been submitted to your financial institution at the time of revocation, it may be necessary for us to wait until that payment posts before we can refund you that payment amount. However, when possible, at the time of revocation, we will void any pending payment(s). For the purposes of these disclosures, our business days are Monday-Friday 8:00AM-5:00PM CST. Saturdays, Sundays, and Holidays are not included.

[PAYMENTS BY ACH DEBIT: If you elect to pay by ACH debit, then you authorize us, our successors and assigns to initiate automatic debits for payments from your Bank Account. You agree that we will initiate debit entries on each scheduled payment date or thereafter for the scheduled amount, or any lesser amount you owe. You authorize us to initiate separate ACH debit entries to your Bank Account identified in the Payment Choice Authorization for any returned payment and NSF, Late or Refused Instrument Charge fees in the amounts set forth in this Agreement. You agree that we may reinitiate any ACH up to two (2) additional times for the same amount if an ACH is dishonored. **You do not have to authorize payments by ACH debit in order to receive a loan from us. If you do not want to make payments by ACH debit, please review the other available payment options below.**

**You may revoke this authorization** by contacting customer service at 888-985-3171 or emailing us at customercare@availblue.com not less than three (3) business days prior to your scheduled payment. Please note: if your scheduled payment has already been submitted to your financial institution at the time of revocation, it may be necessary for us to wait until that payment posts before we can refund you that payment amount. However, when possible, at the time of revocation, we will void any pending payment(s).

You have the right to receive notice of all transfers that vary in amount. You acknowledge that we elected to offer you a specified range of amounts for the recurring ACH processing rather than providing you with a notice of transfer for each varying amount. The ACH debit may range from the amount provided in this Agreement, which may be a scheduled payment amount or less if partial prepayments have been made, to the scheduled payment amount plus applicable NSF, Late or Refused Instrument Charge fees. We will send you a notice if a charge exceeds this range.

You authorize us to verify any information that you provide to us, including past and current information from whatever source. You agree that the ACH entries authorized here are voluntary, and that certain entries will recur as defined in this Agreement at substantially regular intervals. If there is any missing or erroneous information in or with your loan application regarding your Bank Account, then you authorize us to verify and correct the information. If any payment cannot be obtained by ACH, you remain responsible for such payment and any resulting fees under this Agreement.

Your Bank Account associated with this authorization is listed in the Payment Choice Authorization]

[PAYMENT BY DEBIT CARD: If you elect to pay by debit card, you agree that we may initiate debit entries to your debit card on each scheduled payment date or thereafter for the scheduled amount, or any lesser amount you owe, in three (3) instances: 1) if we cannot process your authorized ACH debits for any reason other than your revocation of ACH authorization, 2) if you specifically authorize that we debit your debit card identified in this Agreement, or 3) if you default on a payment.

You authorize us to initiate a separate debit to your debit card for any applicable NSF, Late or Refused Instrument Charge fees set forth in this Agreement. If the debit entries are dishonored, you authorize us to initiate separate debit entries to your debit card for the dishonored amount and any late fees or NSF fees.

You may revoke this authorization by contacting customer service at 888-985-3171 or emailing us at customercare@availblue.com not less than three (3) business days prior to your scheduled payment. Please note: if your scheduled payment has already been submitted to your financial institution at the time of revocation, it may be necessary for us to wait until that payment posts before we can refund you that payment amount. However, when possible, at the time of revocation, we will void any pending payment(s).

You have the right to receive notice of all transfers that vary in amount. You acknowledge that we elected to offer you a specified range of amounts for the recurring debit card processing rather than providing you with a notice of transfer for each varying amount. The debit may range from the amount provided in this Agreement, which may be a scheduled payment amount or less if partial prepayments have been made, to the scheduled payment amount plus applicable NSF, Late or Refused Instrument Charge fees. We will send you a notice if a charge exceeds this range.

The debit card information you provided is:
Debit Card Number:
Expiration Date:

[PAYMENT BY REMOTELY CREATED CHECK: If you elect to pay by remotely created check, you agree that we may create checks bearing your typed name and other information as may be required under applicable law, rather than your handwritten signature, drawn on your Bank Account, and to submit each check for payment to the bank or other financial institution in the amount of each payment owing to us under this Agreement on or after each scheduled payment date ("Remotely Created Check"), otherwise known as a demand draft, telecheck, preauthorized draft or paper draft in four (4) instances: 1) if you have specifically elected to make your payments by Remotely Created Check, 2) if you elected to make payments by debit card or ACH and you subsequently revoke either authorization, 3) if we are unable to process your payments by debit card or ACH for any other reason, or 4) if you have defaulted on a payment.

If a Remotely Created Check is returned unpaid by the Bank or other financial institution, then you authorize us to create and submit a Remotely Created Check for any NSF, Late or Refused Instrument Charge fees or other amounts accrued pursuant to this Agreement. You agree that your typed name will constitute your authorized signature fully reflecting your intent to authenticate any such Remotely Created Check. You authorize us to vary the amount of any preauthorized payment by Remotely Created Check as needed to repay amounts owing, as modified by any partial prepayment.

If you would like to dispute a payment related to a Remotely Created Check, determine whether a payment was genuine, withhold payment of a Remotely

Created Check, or obtain recrediting of amounts we obtain via Remotely Created Check, contact us at 888-985-3171 or email us at customercare@availblue.com.

**PAYMENT BY CASHIER'S CHECK OR MONEY ORDER:** If you elect to pay by cashier's check or money order, then you agree to repay all amounts due pursuant to this Agreement by mailing your cashier's checks or money orders to us at P.O. Box 12, Lac Du Flambeau, WI 54538. All mailed payments must reach us by 4:00 pm Central Time on or before 3 business days prior to the Payment Due Date to ensure timely processing of your payment.

## OTHER INFORMATION

**PREPAYMENT:** You may prepay all or part of the amount you owe us at any time before the Maturity Date without penalty. If you prepay in full, you must pay the finance charge(s) accrued on your loan and all other amounts due up to the date of the prepayment. If you wish to prepay your loan, then you must contact a customer service representative at 888-985-3171 to obtain an accurate payoff amount and either provide us with authorization to effect a debit entry to your Bank Account for the prepayment, or otherwise advise us of your intended method of prepayment. If you prepay all or part of the principal amount due on your loan, your finance charges on the amount prepaid will be calculated as of the date of your prepayment.

**NONSUFFICIENT FUNDS FEE (NSF FEE).** You agree to pay $25 if an item in payment of what you owe is returned unpaid or the Bank for any reason rejects an ACH debit entry, the authorization for which was not properly revoked by you. You understand and agree that your bank may also charge you a fee for the presentation of an instrument for payment for which there are insufficient funds available to pay such instrument.

**LATE CHARGE:** You agree to pay a late charge of $30 if a payment is 30 days or more late. If you authorized debits from your Bank Account or debit card in your Payment Choice Authorization, you agree that we may debit your Bank Account or debit card, as applicable, for any late charges.

**REFUSED INSTRUMENT CHARGE:** If your payment method is stopped, denied or otherwise dishonored, then you agree to pay us a fee of $30. If you authorized debits from either your Bank Account or debit card in your Payment Choice Authorization, you agree that we may debit your Bank Account or debit card, as applicable, for any Refused Instrument Charge. Your refused instrument may also cause your payment to be late which could result in your having to also pay a late charge.

**YOUR PROMISE TO PAY:** You promise to pay us, or any subsequent holder of this Agreement, the Amount Financed and finance charges according to the payment schedule in the Truth in Lending Disclosures plus all other amounts owed to us under this Agreement. You agree that your finance charges will be calculated at the Annual Percentage Rate in the Truth in Lending Disclosures. All payments will be applied first to finance charges and fees and then to principal. If you prepay all or part of the principal amount due on your loan, your finance charges on the amount prepaid will be calculated as of the date of your prepayment.

**WHEN YOU BEGIN PAYING FINANCE CHARGE(S):** You begin to accrue finance charge(s) for the loan on the Disbursement Date. The first Installment Period on the loan begins on the Disbursement Date and ends on the first Payment Due Date. Thereafter, each Installment Period begins on the first date following the Payment Due Date and ends on the next Payment Due Date. You will be charged finance charge(s) on the entire Installment Period beginning on the first day of the Installment Period. In calculating your payments, we have assumed you will make each payment on the day and in the amount due as outlined within your payment schedule. If any payment is made before the Payment Due Date, the finance charge(s) will be calculated as of the date of your prepayment, and any over payment will be applied to the amounts owed under this Agreement. Time is of the essence, which means that there are no grace periods for when payments must be made.

**ASSIGNMENT:** This Agreement may not be assigned by you. We may assign or transfer this Agreement and our related rights and obligations without notice to you and your consent is not required if we make such an assignment or transfer.

**VERIFICATION:** You authorize us to verify the information you provided to us in connection with your loan application. You give us consent to obtain information about you from consumer reporting agencies or other sources at any time. We reserve the right to withhold funding of this loan, at any time prior to disbursement, to allow us to verify the information you have provided to us.

**CREDIT REPORTING:** We may report information about your loan to credit bureaus. Late payments, missed payments, or other defaults on your loan may be reflected on your credit report.

**CANCELLATION:** You may cancel your payment obligations under this Agreement, without cost or finance charges, no later than 3:00 p.m. CST Time of the second business day immediately following the Disbursement Date ("Cancellation Deadline"). Your right to cancel your loan only applies if your loan either hasn't funded or, if it has, the funds are returned to us as explained below. To cancel your payment obligations on this loan, you must inform us **in writing**, by or before the Cancellation Deadline, either by email to customercare@availblue.com or by fax at , that you want to cancel the future payment obligations on this loan. If we timely receive your written notice of cancellation on or before the Cancellation Deadline but **before** the loan proceeds have been deposited into your Bank Account, then we will not debit your Bank Account and both your and our obligations under this Agreement will be rescinded. However, if we timely receive your written notice of cancellation on or before the Cancellation Deadline but **after** the loan proceeds have been deposited into your Bank Account, then you authorize us to effect a debit to your Bank Account or your debit card as you chose in your Payment Choice Authorization for the principal amount of this Agreement. If we receive payment of the principal amount via the debit, then both your and our obligations under this Agreement will be rescinded. If we do not receive payment of the principal amount by debit to your Bank Account or your debit card, then this Agreement will remain in full

force and effect.

**DEFAULT:** You will be in default under this Agreement if you do not pay us a scheduled payment or any other amounts you owe us when due or your chosen payment method is stopped, denied or otherwise dishonored. If you default on your loan, we can choose to declare all principal, finance charges and other amounts that you owe us to be immediately due and payable in full. If you are in default and you authorized debits from your Bank Account, you agree that we can debit your Bank Account or debit card, as applicable, for the full amount that you owe us. Additionally, if you do not cooperate with us on repaying your debt to us we may submit your name to a collection agency and we may also report the incident to a consumer reporting agency database. This may negatively impact your ability to write checks or to receive loans or advances from other companies.

**CONSEQUENCES OF DEFAULT:** Upon a default by you under this Agreement, we may, at our sole option, take any one or more of the following actions:

a) Agree to permit you to cure a payment default before the loan goes into collection by modifying your Payment Schedule and/or payment amounts (a "Cure Arrangement"). This option is not available for all customers and/or all loan products. If we agree to a Cure Arrangement and you fail to honor its terms, then we will have the right, at our sole discretion, to terminate the Cure Arrangement and immediately and without notice declare the entire unpaid principal balance and all accrued unpaid finance charge(s) and fees immediately due under your loan ("Accelerate Your Loan");

b) Automatically and without further action or notice Accelerate Your Loan and require you to immediately pay us all amounts due and owing pursuant to such acceleration;

c) If you have elected to repay your loan electronically, we may automatically and without further action or notice withdraw from your designated account(s) an amount equal to the amount owed and unpaid as of your last scheduled payment date up to an amount equal to the amount owed if we have Accelerated Your Loan; and

d) Pursue all legally available means to collect what you owe us.

By electing any one of these options, we do not waive or release our right to subsequently elect and apply any other options to collect the amounts due and owing to us.

**GOVERNING LAW:** The laws of the Tribe and applicable federal law will govern this Agreement, without regard to the laws of any state or other jurisdiction, including the conflict of laws rules of any state. You agree to be bound by Tribal law, and in the event of a bona fide dispute between you and us, Tribal law and applicable federal law shall exclusively apply to such dispute.

**SOVEREIGN IMMUNITY AND PRESERVATION OF SOVEREIGN IMMUNITY:** This Agreement and all related documents are being submitted by you to us as an economic development arm, instrumentality, and limited liability company of the Tribe. The Tribe is a federally recognized Indian Tribe and enjoys sovereign immunity. Nothing in this Agreement constitutes a waiver of the Tribe's sovereign immunity and the Tribe's immunity is fully preserved and is not waived either in whole or in part by this Agreement and the Tribe expressly maintains all rights, titles, privileges, and immunities, to which the Tribe is entitled. To protect and preserve the rights of the parties, no person may assume a waiver of sovereign immunity. No waiver of the Tribe's immunity is or can be made except by express written declaration of the Tribe's Tribal Council specifically authorizing a waiver for the matter in question. No such waiver has been made with respect to either your Agreement or your Disbursement and Payment Choice Authorization. As set forth below, the Tribe expressly preserves its sovereign immunity and you may not assert any claims against the Tribe. As an economic development arm and instrumentality of the Tribe, we are entitled to sovereign immunity to the same extent as the Tribe. To encourage resolution of consumer complaints, a complaint may be submitted by you or on your behalf pursuant to the Dispute Resolution Procedure and Arbitration Provision below and the complaint is limited by the Dispute Resolution Procedure and Arbitration Provision.

**QUESTIONS OR CONCERNS:** If you have questions or concerns and need assistance, please telephone us at 888-985-3171 or at 1-844-388-0500.

## DISBURSEMENT AND PAYMENT CHOICE AUTHORIZATION

| DISBURSEMENT AND PAYMENT CHOICE AUTHORIZATION for Anong LLC d/b/a Avail Blue | Loan #: |
|---|---|
| REVIEW VERY CAREFULLY BEFORE EXECUTING THIS DISBURSEMENT AND PAYMENT CHOICE AUTHORIZATION | |

**Your ACH Credit Disbursement Authorization**

By electronically signing this Disbursement and Payment Choice Authorization below, you voluntarily authorize us to initiate disbursement credits and payment debits you have authorized. This Disbursement and Payment Choice Authorization is a part of and relates to the Agreement. The words "you" and "your" mean the borrower who has electronically signed this Disbursement and Payment Choice Authorization. The words "we," "us" and "our" mean Anong LLC d/b/a Avail Blue and our successors and assigns.

**Disbursements to your Bank Account**. Unless otherwise agreed, disbursement credits of your loan proceeds will be made to the following bank account (your "Bank Account").

| Bank Name: | |
|---|---|
| Transit ABA Number: | |
| Deposit Account Number: | |

We will make these disbursement credits by Automated Clearing House (ACH) entries, unless you have requested Expedited Funding Service via wire transfer.

**BY TYPING YOUR NAME AND CLICKING THE "I AGREE" BUTTON BELOW, YOU ARE ELECTRONICALLY SIGNING THIS DISBURSEMENT AUTHORIZATION AND AGREEING TO ALL THE TERMS OF THIS AUTHORIZATION.**

**YOU ALSO ACKNOWLEDGE YOUR ABILITY TO DOWNLOAD OR PRINT A FULLY COMPLETED COPY OF THIS DISBURSEMENT AUTHORIZATION FOR YOUR RECORDS.**

☑ **[I AGREE]** *SYCMYMCA QUCALLAS (OSP:* _____ *)* I agree that Anong LLC d/b/a Avail Blue and its successors and assigns may initiate an ACH credit disbursement to my Bank Account.

### PAYMENT CHOICE AUTHORIZATION

**Your Payment Choice Authorization (check applicable box)**

| ⦿ **Automatic Payment from Your Bank Account.** | ◯ **Payments You will Make Directly.** |
|---|---|
| By electronically signing this Payment Choice Authorization below, you voluntarily authorize us to initiate debits you have authorized. This Payment Choice Authorization is a part of and relates to this Agreement.<br><br>You authorize us and our successors and assigns to process payment debit entries out of your Bank Account by the payment process you have authorized above, such as [ACH entries,] [Remotely Created Checks] or [transactions through your debit card accessing your Bank Account listed above].<br><br>You specifically authorize us to use this PAYMENT CHOICE to process debit entries from your Bank Account for all payments due under this Agreement in a sum equal to your payment amount due under the Agreement; provided, however, that you preauthorize us to vary the amount of any debit entry on each Payment Due Date as needed to adjust a payment due on the loan to reflect: (1) any payment you make; (2) any amounts you still owe under this Agreement on the final scheduled Payment Due Date; and, (3) for any late, returned item charges, nonsufficient fund fees and other fees imposed under the Agreement.<br><br>If you are in default, you authorize us to process one or more debit entries to pay all principal, finance charges and other amounts due to us as provided in the Agreement. You authorize us to reprocess debit entries for the same amounts if any attempted payment transaction is dishonored.<br><br>We will provide you with ten (10) days' notice prior to processing a preauthorized debit entry that varies from the scheduled amounts detailed above, unless the variance results from your request and your new authorization for us to change the amount of your payments going forward. | You agree to make each of your scheduled payments in your payment schedule by cashier's check or money order that we receive no later than 4:00PM CST Central Time on or before 3 business days prior to the Payment Due Date to:<br><br>P.O. Box 12<br>Lac Du Flambeau, WI 54538 |

**IF YOU HAVE CHOSEN TO AUTHORIZE PAYMENT FROM YOUR BANK ACCOUNT, YOU MAY REVOKE YOUR AUTHORIZATION TO AUTOMATIC PAYMENTS AT ANY TIME BY CONTACTING US DIRECTLY AT 888-985-3171 OR customercare@availblue.com .** Your revocation must be received no less than three (3) business days prior to your scheduled payment date. Please note: if your scheduled payment has already been submitted to your financial institution at the time of revocation, it may be necessary for us to wait until that payment posts before we can refund you that payment amount. However, when possible, at the time of revocation, we will void any pending payment(s). **YOU UNDERSTAND THAT REVOKING**

**YOUR AUTHORIZATION DOES NOT RELIEVE YOU OF THE RESPONSIBILITY OF PAYING ALL AMOUNTS DUE IN FULL THAT ARE OWED BY YOU UNDER THE LOAN AGREEMENT.**

**BY TYPING YOUR NAME AND CLICKING THE "I AGREE" BUTTON BELOW, YOU ARE ELECTRONICALLY SIGNING THIS PAYMENT CHOICE AUTHORIZATION AND AGREEING TO ALL THE TERMS OF THIS AUTHORIZATION.**

**YOU ALSO ACKNOWLEDGE YOUR ABILITY TO DOWNLOAD OR PRINT A FULLY COMPLETED COPY OF THIS DISBURSEMENT AND PAYMENT CHOICE AUTHORIZATION FOR YOUR RECORDS.**

☑ **[I AGREE]** *Brytannia Quitabbs (JPP:* ) I agree that Anong LLC d/b/a Avail Blue and its successors and assigns may initiate electronic fund transfer payments from my Bank Account, via the PAYMENT CHOICE. **PLEASE NOTE, YOU ARE NOT REQUIRED TO AUTHORIZE THIS PAYMENT CHOICE AUTHORIZATION OPTION IN ORDER TO BE APPROVED FOR A LOAN FROM US. YOU MAY CHOOSE TO PAY BY CASHIER'S CHECK OR MONEY ORDER BY FOLLOWING THE INSTRUCTIONS IN THE "PAY BY CASHIER'S CHECK OR MONEY ORDER" SECTION OF THIS AGREEMENT AND ON THE APPLICATION SCREEN.**

**ERROR RESOLUTION NOTICE**: In the event (i) you have a question about an electronic transfer or if (ii) you find an error, you must telephone us at 888-985-3171, email us at customercare@availblue.com , or contact us by mail at P.O. Box 12, Lac Du Flambeau, WI 54538. We must hear from you no later than sixty (60) days after the FIRST debit or credit that is the basis of the problem or error. (1) Tell us your name and account number (if any); (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information; and (3) Tell us the dollar amount of the suspected error. If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days. We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question. If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within ten (10) business days, we may not credit your account. For errors involving new accounts, we may take up to ninety (90) days to investigate your complaint or question. For new accounts, we may take up to twenty (20) business days to credit your account for the amount you think is in error. We will tell you the results within three (3) business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**CONFIDENTIALITY:** We will disclose information to third parties about your account or the transfers you make: (1) where it is necessary for completing transfers; (2) in order to verify the existence and condition of your account to a third party, such as a credit bureau or merchant; (3) in order to comply with a government agency or court orders; or (4) as described in our privacy notice, provided separately.

## DISPUTE RESOLUTION PROCEDURE AND ARBITRATION PROVISION

**DISPUTE RESOLUTION PROCEDURE:** As an accommodation to consumers, we have established the following Dispute Resolution Procedure to receive, review, and consider any and all types of complaints made by or on behalf of our consumers. A consumer who, in the course of his or her otherwise lawful and proper use of our business, has concerns about the operation of any part of us or who otherwise believes himself or herself to be aggrieved by some aspect of any part of our operation shall direct his or her concerns in the first instance to our management, in writing at customerservice@ldfcallcenter.com or by mail at P.O. Box 231, Lac du Flambeau, WI 54538. A consumer's complaint to us shall be considered similar in nature to a petition for redress submitted to a sovereign government, without waiver of sovereign immunity and exclusive jurisdiction and does not create any binding procedural or substantive rights. We will investigate the consumer's complaint and provide our initial determination as soon as is reasonably practicable. If the dispute is not resolved to your satisfaction, you and we agree that we shall arbitrate that dispute in accordance with the terms of the Arbitration Provision, described below.

**ARBITRATION PROVISION:** PLEASE READ THE FOLLOWING CAREFULLY AS IT IMPACTS YOUR LEGAL RIGHTS.

WE, AS A WHOLLY OWNED ECONOMIC DEVELOPMENT ARM, INSTRUMENTALITY, AND LIMITED LIABILITY COMPANY OF THE TRIBE, AND OUR DIRECTORS, OFFICERS, AND EMPLOYEES ACTING WITHIN THE SCOPE OF THEIR AUTHORITY, ARE NOT SUBJECT TO SUIT IN ANY COURT IN ANY JURISDICTION, OR ANY OTHER FORUM, ABSENT A WAIVER OF SOVEREIGN IMMUNITY. In order to resolve a dispute that we cannot resolve to your satisfaction as set forth above, we consent to a limited waiver of sovereign immunity as expressly set forth below, which is expressly limited by the Arbitration Provision in this Agreement. This limited waiver is strictly limited to individual arbitration claims set forth below and judicial actions to enforce such individual arbitration awards as strictly limited herein.

**Definitions:** The words "dispute" and "disputes" are given the broadest possible meaning and include, without limitation (a) all claims, disputes, or controversies arising from or relating directly or indirectly to this Dispute Resolution Procedure and Arbitration Provision ("this Provision"), the validity and scope of this Provision and any claim or attempt to set aside this Provision; (b) all U.S. federal or state law claims, disputes or controversies, arising from or relating directly or indirectly to this Agreement, the information you gave us before entering into this Loan Agreement, including the customer information application, and/or any past Agreement or Agreements between you and us; (c) all counterclaims, cross-claims and third-party claims; (d) all common law claims, based upon contract, tort, fraud, or other intentional torts; (e) all claims based upon a violation of any state or federal constitution, statute or regulation; (f) all claims asserted by us against you, including claims for money damages to collect any sum we claim you owe us; (g) all claims asserted by you individually against the Tribe, us and/or any of our employees, agents, directors, officers, governors, managers, members, parent company or affiliated entities

(collectively, "related third parties"), including claims for money damages and/or equitable or injunctive relief; (h) all claims asserted on your behalf by another person; (i) all claims asserted by you as a private attorney general, as a representative and member of a class of persons, or in any other representative capacity, against us and/or related third parties ("Representative Claims"); and/or (j) all claims arising from or relating directly or indirectly to the disclosure by us or related third parties of any non-public personal information about you.

**Notice:** Any party to a dispute, including you, us and/or related third parties, may send the other party(s) written notice by certified mail return receipt requested of their intent to arbitrate and setting forth the subject of the dispute along with the relief requested, even if a lawsuit has been filed. Regardless of who demands arbitration, the arbitration shall occur before the American Arbitration Association (1-800-778-7879; http://www.adr.org). However, the parties may mutually agree to select a different arbitrator who is an attorney, retired judge, or arbitrator registered and in good standing with an arbitration association and arbitrate pursuant to such arbitrator's rules. The party receiving notice of arbitration shall respond in writing by certified mail return receipt requested within twenty (20) calendar days. All parties to such dispute will be governed by the rules and procedures of the American Arbitration Association applicable to consumer disputes, to the extent those rules and procedures do not contradict the express terms of this Agreement or this Arbitration Provision, including the limitations on the arbitrator below. You may obtain a copy of the rules and procedures by contacting the American Arbitration Association (1-800-778-7879; http://www.adr.org).

Regardless of who demands arbitration, we will advance your portion of the expenses associated with the arbitration, including the filing, administrative, hearing and arbitrator's fees ("Arbitration Fees"). Throughout the arbitration, each party shall bear his or her own attorneys' fees and expenses, such as witness and expert witness fees. The arbitrator shall apply applicable substantive law consistent with the Governing Law set forth above, and the Federal Arbitration Act, 9 U.S.C. §§1-16 ("FAA") and applicable statutes of limitation, and shall honor claims of privilege recognized at law. The arbitration hearing will be conducted in the county of your residence, unless you agree to a different location. In conducting the arbitration proceeding, the arbitrator shall not apply any federal or state rules of civil procedure or evidence. If the arbitrator renders a decision or an award in your favor resolving the dispute, the arbitrator shall award you reasonable attorneys' fees. If the arbitrator renders a decision or an award in your favor resolving the dispute then you will not be responsible for reimbursing us for your portion of the Arbitration Fees and we will reimburse you for any Arbitration Fees you have previously paid. Regardless of whether the arbitrator renders a decision or an award in your favor resolving the dispute, you will not be responsible for reimbursing us for your portion of the Arbitration Fees and we are not entitled to an award of attorneys' fees. At the timely request of any party, the arbitrator shall provide a written explanation for the award. The arbitrator's award may be filed with any court having competent jurisdiction.

You and we expressly acknowledge and agree that this Arbitration Provision is made pursuant to a transaction involving interstate commerce and shall be governed by the FAA.

This Arbitration Provision is binding upon and benefits you, your respective heirs, successors and assigns. This Arbitration Provision is binding upon and benefits us, our successors and assigns, and related third parties. This Arbitration Provision survives the termination of the relationship between you and us, and continues in full force and effect, even if your obligations have been cancelled by prepayment, paid or discharged through bankruptcy. This Arbitration Provision survives any termination, amendment, expiration or performance of any transaction between you and us and continues in full force and effect unless you and we otherwise agree in writing. You hereby acknowledge and expressly agree to the following by executing this Agreement, submitting it to us, and accepting the loan proceeds without cancelling your Loan:

**YOU AGREE TO THE TERMS OF THIS ARBITRATION PROVISION AND YOU HEREBY AGREE AND ACKNOWLEDGE THAT YOU ARE WAIVING YOUR RIGHT TO HAVE A COURT RESOLVE ANY DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES.**

**WAIVER OF JURY TRIAL: BY AGREEING TO THE TERMS OF THIS ARBITRATION PROVISION, YOU HEREBY AGREE AND ACKNOWLEDGE THAT YOU ARE WAIVING YOUR RIGHT TO HAVE A TRIAL BY JURY TO RESOLVE ANY DISPUTE ALLEGED AGAINST US OR AGAINST A RELATED THIRD PARTY.**

**CLASS-ACTION/REPRESENTATIVE WAIVER: BY AGREEING TO THE TERMS OF THIS ARBITRATION PROVISION, YOU HEREBY AGREE AND ACKNOWLEDGE THAT YOU ARE WAIVING YOUR RIGHT TO PURSUE OR PARTICIPATE IN REPRESENTATIVE CLAIMS AND YOU THEREFORE WILL NOT BE ALLOWED TO SERVE AS A REPRESENTATIVE, AS A PRIVATE ATTORNEY GENERAL, OR IN ANY OTHER REPRESENTATIVE CAPACITY, AND/OR TO PARTICIPATE AS A MEMBER OF A CLASS OF CLAIMANTS, IN ANY LAWSUIT FILED AGAINST US AND/OR RELATED THIRD PARTIES. THEREFORE, THE ARBITRATOR SHALL NOT CONDUCT CLASS ARBITRATION; THAT IS, THE ARBITRATOR SHALL NOT ALLOW YOU TO SERVE AS A REPRESENTATIVE, AS A PRIVATE ATTORNEY GENERAL, OR IN ANY OTHER REPRESENTATIVE CAPACITY FOR OTHERS IN THE ARBITRATION.**

By electronically signing this Agreement, you hereby acknowledge that you have read the Agreement in its entirety, that you have carefully reviewed all of the terms and provisions contained in this Agreement, that you fully understand and comprehend the meaning of each and every word, phrase and provision contained in this Agreement and that you hereby agree to abide by and be bound by all of the terms and provisions in this Agreement, including the terms and provisions of this Agreement dealing with the limited waiver of sovereign immunity and the ARBITRATION PROVISION.

## CONSENT TO ELECTRONIC COMMUNICATIONS

- The following terms and conditions govern electronic communications in connection with this Agreement and the transaction evidenced hereby (this "Consent"). By electronically signing this Agreement by clicking the "I AGREE" button and entering your name below, you are confirming that you

have agreed to the terms and conditions of this Consent and that you have the ability to download or print a copy of this Consent for your records. You further agree that:

- Any disclosure, notice, record or other type of information that is provided to you in connection with your transaction with us, including but not limited to, this Agreement, this Consent, disclosures, change-in-term notices, fee and transaction information, statements, delayed disbursement letters, notices of adverse action, and transaction information (collectively, "Communications"), may be sent to you electronically by sending it to you by e-mail as permitted by applicable law.

- We will not be obligated to provide any Communication to you in paper form unless you specifically request us to do so.

- You may obtain a copy of any Communication by contacting us at www.AvailBlue.com, writing to us at customercare@availblue.com, or by calling us at 888-985-3171. You will not be charged a fee for such copy. You also can withdraw your consent to ongoing electronic communications in the same manner, and ask that they be sent to you in paper or non-electronic form. If you choose to receive Communications in paper or non-electronic form, we may elect to terminate this Agreement and demand payment of the amount then due by the date of your withdrawal of consent; or by the expiration of any minimum term mandated by law, whichever is later.

- You agree to provide us with your current e-mail address for notices at the address or phone number indicated above. If your e-mail address changes, you must send us a notice of the new address by writing to us or sending us an e-mail, using secure messaging, at least 5 days before the change.

- In order to receive electronic communications in connection with this transaction, you will need a working connection to the Internet. Your browser must support the Secure Sockets Layer (SSL) protocol. SSL provides a secure channel to send and receive data over the Internet. Microsoft Internet Explorer 6 or equivalent browser and above supports this feature. You will also need either a printer connected to your computer to print disclosures/notices or sufficient hard drive space available to save the information (e.g., 1 megabyte or more). You must have your own Internet service provider. We may amend (add to, delete or change) the terms of this Consent to electronic communication by providing you with advance notice.

## CONSENT TO RECEIVE TELEPHONE CALLS AND TEXT MESSAGES

- **CONSENT TO TELEPHONE CALLS AND TEXT MESSAGES.** By electronically signing this Agreement by clicking the "I AGREE" button and entering your name below, you consent to receiving calls and Text Messages pertaining to your loan, including but not limited to, payment information, account information, due dates, delinquencies, program updates relating to your loan, and collection efforts, at any phone number you have provided to us, our assignee(s), or anyone trying to collect the loan. You consent to calls and text messages using an automatic telephone dialing system or an artificial or prerecorded voice.

- How To Unsubscribe: You may withdraw your consent to receive Text Messages by texting "STOP" to the message you receive, calling us at <u>888-985-3171</u> or emailing us at <u>customercare@availblue.com</u>. You may withdraw your consent to receive telephone calls using an automatic telephone dialing system or an artificial or prerecorded voice by calling us at <u>888-985-3171</u> or emailing us at <u>customercare@availblue.com</u>. At our option, we may treat your provision of an invalid mobile phone number, or the subsequent malfunction of a previously valid mobile phone number, as a withdrawal of your consent to receive calls or Text Messages. We will not impose any fee upon you to process the withdrawal of your consent to receive calls or Text Messages. Any withdrawal of your consent to receive calls or use Text Messages will be effective only after we have a reasonable period of time to process your withdrawal.

- In order to access, view, and retain Text Messages that we make available to you, you must have: (1) a Text Message capable mobile phone, (2) an active mobile phone account with a communication service provider; and (3) sufficient storage capacity on your mobile phone.

- To request additional information, text "HELP" to the message you receive or contact us by telephone at <u>888-985-3171</u>.

- The services are available from most of the carriers that offer Text Messaging. Consult your mobile service carrier to confirm that they offer Text Messaging.

- There is no service fee for Text Messages but you are responsible for all charges imposed by your communications service provider, such as fees associated with Text Messaging. Consult your mobile service carrier's pricing plan to determine the charges for sending and receiving Text Messages. These charges will appear on your phone bill. Message frequency depends on account settings.

- You agree that we may send any Text Messages related to your loan through your communication service provider in order to deliver them to you and that your communication service provider is acting as your agent in this capacity. You agree to indemnify, defend, and hold us harmless from and against all claims, losses, liability, costs, and expenses (including reasonable attorneys' fees) arising from your provision of a mobile phone number that is not your own or your violation of applicable federal, state, or local law, or regulation or ordinance relating to Text Messages. Your obligation under this paragraph shall survive termination of this Agreement. You agree that Text Messages are provided for your convenience only.

- Receipt of each Text Message may be delayed or impacted by factors pertaining to your communications service provider. We will not be liable for losses or damages arising from any disclosure of account information to third parties, nondelivery, delayed delivery, misdirected delivery or mishandling of, or inaccurate content in, the Text Messages sent by us.

- We may modify or terminate our Text Messaging services from time to time, for any reason, with or without notice, and without liability to you, any other user or third party.

### CONSENT TO RECEIVE ADVERTISING OR TELEMARKETING TEXT MESSAGES AND TELEPHONE CALLS

- By signing this section, you consent to our sending you Advertising and Telemarketing Text Messages to the mobile phone number you have provided below. You also consent to our making advertising or telemarketing calls to you at your mobile phone number using automatic telephone dialing system or an artificial or prerecorded voice calls or texts.

- *TYCANNCA QUCALLS (PP:* ⬛⬛⬛ ) Signing this section will be deemed to be your signature acknowledging your consent to receive Advertising and Telemarketing Text Messages and telephone calls as described above to your mobile phone at 773-879-9714.

- You are not required to consent to Advertising or Telemarketing Text Messages or calls to obtain credit or other services from us. At any time, you may withdraw your consent to receive Advertising or Telemarketing Text Messages or marketing calls to the mobile number provided by calling us at 888-985-3171 or emailing us at customercare@availblue.com.

- You understand that: any Advertising and Telemarketing Text Messages we send you may be accessed by anyone with access to your Text Messages; and your mobile phone service provider may charge you fees for Advertising and Telemarketing Text Messages that we send you, and you agree that we shall have no liability for the cost of any Advertising and Telemarketing Text Messages.

### COVERED BORROWER IDENTIFICATION STATEMENT

We provide important protections to active duty members of the Armed Forces and their dependents. To ensure that these protections are provided to eligible applicants, we require you to select and electronically sign ONE of the following statements as applicable:

- ○ I AM a regular or reserve member of the Army, Navy, Marine Corps, Air Force or Coast Guard, serving on active duty under a call or order that does not specify a period of thirty (30) days or fewer, or such member serving on Active National Guard duty.

- ○ I AM a dependent of a member of the Armed Forces on active duty as described above, because I am the member's spouse, the member's child under the age of eighteen years old or I am an individual for whom the member provided more than onehalf of my financial support for one hundred eighty (180) days immediately preceding today's date.

  --OR--

- ⦿ I AM NOT a regular or reserve member of the Army, Navy, Marine Corps, Air Force or Coast Guard, serving on active duty under a call or order that does not specify a period of thirty (30) days or fewer (or a dependent of such a member).

### SIGNATURE AND ACCEPTANCE OF ALL TERMS AND CONDITIONS

BY ENTERING YOUR NAME AND CLICKING THE "I AGREE" BUTTON BELOW, YOU ARE ELECTRONICALLY SIGNING THIS LOAN AGREEMENT AND AGREEING TO ALL THE TERMS OF THIS LOAN AGREEMENT INCLUDING:

- THE DISPUTE RESOLUTION PROCEDURE AND ARBITRATION PROVISION
- THE CONSENT TO ELECTRONIC COMMUNICATIONS
- THE CONSENT TO RECEIVE TELEPHONE CALLS AND TEXT MESSAGES
- THE COVERED BORROWER IDENTIFICATION STATEMENT

YOU ALSO ACKNOWLEDGE YOUR ABILITY TO DOWNLOAD OR PRINT A FULLY COMPLETED COPY OF THIS LOAN AGREEMENT FOR YOUR RECORDS.

☑ [I AGREE]

DATE: 11/3/2021

*TYCANNCA QUCALLS (PP:* ⬛⬛⬛ )

Rev. 9/17

## Privacy Notice:

| FACTS | WHAT DOES ANONG LLC D/B/A AVAIL BLUE DO WITH YOUR PERSONAL INFORMATION? | | |
|---|---|---|---|
| Why? | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. | | |
| What? | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br><br>• Social security number<br>• Income and account transactions<br>• Account balances and payment history<br>• Credit history and credit scores | | |
| How? | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons Anong LLC d/b/a Avail Blue chooses to share; and whether you can limit this sharing. | | |

| Reasons we can share your personal information | Does Anong LLC d/b/a Avail Blue share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes** - such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | YES | NO |
| **For our marketing purposes** - to offer our products and services to you | YES | NO |
| **For joint marketing with other financial companies** | NO | NO |
| **For our affiliates' everyday business purposes** – information about your transactions and experiences | YES | NO |
| **For our affiliates' everyday business purposes** – information about your creditworthiness | YES | YES |
| **For our affiliates' to market to you** | YES | YES |
| **For nonaffiliates to market to you** | YES | YES |

| To limit our sharing | • Call 888-985-3171 – our menu will prompt you through your choice(s) or<br>• Email us at: customercare@availblue.com<br><br>**Please note:** If you are a new customer, we can begin sharing your information 30 days from the date we provide this notice. When you are no longer our customer, we can share your information as described in this notice.<br><br>However, you can contact us at any time to limit our sharing. |
|---|---|
| Questions? | Call 888-985-3171 or email us at customercare@availblue.com |

PENDING UNDERWRITING REVIEW

| Who we are: | |
|---|---|
| Who is providing this notice? | Among LLC d/b/a Avail Blue is a company wholly owned by the Federally Recognized Native American Tribe the Lac du Flambeau Band of Lake Superior Chippewa Indians of Wisconsin and is licensed to make consumer loans to valued customers for their short-term financial needs. |
| **What we do** | |
| How does Among LLC d/b/a Avail Blue protect my personal information? | To protect your personal information from unauthorized access and use, we use security measures that comply with Tribal and federal law. These measures include computer safeguards and secured files and buildings.<br>All information collected is stored in a secure environment. |
| How does Among LLC d/b/a Avail Blue collect my personal information? | We collect your personal information, for example, when you<br><br>■ Apply for a loan<br>■ Give us your income information<br>■ Provide account information<br>■ Provide employment information<br>■ Give us your contact information<br><br>We also collect your personal information from others, such as credit bureaus, affiliates, or other companies. |
| Why can't I limit all sharing? | Federal law gives you the right to limit only<br><br>■ sharing for affiliates' everyday business purposes, information about your creditworthiness<br>■ affiliates from using your information to market to you<br>■ sharing for nonaffiliates to market to you |
| What happens when I limit sharing for an account I hold jointly with someone else? | Your choices will apply to everyone on your account. |
| **Definitions** | |
| Affiliates | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br><br>• *We do share with affiliates. Our affiliates include other business entities of the Lac du Flambeau Band of Lake Superior Chippewa Indian Tribe.* |
| Nonaffiliates | Companies not related by common ownership or control. They can be financial and nonfinancial companies.<br><br>• *Nonaffiliates we share with can include service providers and data processors.* |
| Joint marketing | A formal agreement between nonaffiliated financial companies that together market financial products or services to you.<br><br>• *AvailBlue does not jointly market.* |

PENDING UNDERWRITING REVIEW

# **APPENDIX L**

# July 2013 *Inwewin* Article

| INWEWIN | July 2013 | Page 8 |
|---|---|---|

## Internet Lending Business

In late May, the Tribe launched an exciting new business that has unlimited potential - Internet Lending. While the business model has been around for years, and is sometimes confused with payday lending, there are many differences between the two types of businesses. Internet lending is done strictly online, as opposed to the traditional "brick and mortar" (store) payday loan operations. Some view payday loan and internet lending businesses as predatory, with companies taking advantage of individuals already in unpleasant financial situations. The Tribe's business model is proven, and offers safeguards against individuals defaulting. To avoid conflict, Tribal Members and residents of the state of Wisconsin will not be eligible for lending services.

More than a year of research and much work has been done. In December 2012, the Tribal Council approved an Internet Lending Ordinance. The Ordinance sets forth the rules and regulations for internet lending operations, and the Tribal Council is now in the process of creating an Internet Lending Commission that will develop and implement regulatory standards and procedures, and ensure compliance to the standards and procedures.

Initially the Internet Lending business is set to employ three full time staff to work in the call center and process loan applications. Projections indicate significant growth for the business within two years. Similar models currently in operation have added upwards of 100 positions within the first 12 to 18 months. The Tribe's lending model expects to add at least 40 jobs within the first year of operation. "Our growth projects are modest and grounded in reality," said Brent McFarland, Director of Business and Economic Development for the Tribe. "We want to make sure we do everything right from the beginning. We don't want to grow too fast, and we want our staff to have all of the proper training and skills, which will create a lasting foundation for years to come."

The Tribe has partnered with one of the largest and most experienced lending companies - and the company has successfully helped other tribes enter into the internet lending business. The Rocky Boy Cree Tribe entered the internet lending industry, and has experienced enormous growth in less than three years - now employing more than 100 people. *Inwewin* will continue to update you on this exciting Tribal business venture.

## Inwewin

Lac Du Flambeau Lake Superior Band of Chippewa Indians
Communications Office
Post Office Box 67

# **APPENDIX M**

Case: 1:21-cv-06598 Document #: 1-1 Filed: 12/09/21 Page 61 of 66 PageID #:85

# milwaukee
# journal sentinel

Home    News    Sports    Packers    Business    Communities

# Lac du Flambeau Chippewa enter payday loan business with eye to online gambling

*By Cary Spivak of the Journal Sentinel*

Dec. 29, 2013



Need cash fast? The Lac du Flambeau Chippewa's online payday loan centers are there for you. Want to place an online bet? The tribe soon hopes to handle that for you as well.

Three years after the Lac du Flambeau defaulted on a $50 million bond — a move that remains the subject of a court fight — and five years after it considered mortgaging portions of its reservation, the Vilas County tribe is aggressively looking at the Internet for ways to increase its revenue.

Tom Maulson, the tribe's blunt-talking president, dismisses critics who see gambling and high-interest, short-term lending as businesses that prey on the poor. "It's legal to do, and we're doing it legally," Maulson said.

Tribal governments across the nation are looking at online businesses because they offer tribes the opportunity to tap revenue from consumers who might not travel to reservations, which are often in remote areas.

"The Internet is a robust environment to grow our economy, and we're looking for ways to leverage (the tribe's) sovereignty in a responsible manner," said Brent McFarland, the Lac du Flambeau's director of business development. "We see the Internet as a tremendous opportunity to do that."

Since May the tribe has launched three online payday lending companies, two of which came online this month, and set up the infrastructure for an Internet casino. If online gambling were legalized throughout the country or in Wisconsin, "we could just flip a switch" and turn the online casino, which currently uses play money, into one that takes bets using real money, Maulson said.

The tribe may not wait for a law change before taking online bets on a limited basis — only via Internet connections available within the boundaries of the tribe's reservation — as it is a driving force in the Tribal Internet Gaming Alliance, a group hoping to launch a multi-tribe online casino.

Because that dreamed-of casino would offer only poker, bingo and high-speed video slots linked to bingo — games known in federal law as Class II gaming — it could be offered on the grounds of reservations without a change in the law, said Jeffrey Nelson, the Washington-based attorney for the alliance.

The Chippewa tribe is not alone in looking at cyberspace for revenue. About two dozen tribes across the country have launched short-term lending operations online, and the potential of online gaming is being talked about by tribes, states and Congress.

Barry Brandon, executive director of the Native American Financial Services Association, the trade group for the fledgling online tribal short-term lending industry, sees similarities between Indian gaming and tribal lending.

The same type of legal and political battles that tribes fought some 25 or 30 years ago when Indian casinos were first popping up are being fought today, said Brandon, who noted that most of the tribal lenders went online in the past three years.

In both cases, the tribes sought to exert their sovereign powers to enter an industry.

"Tribes that are looking for economic development opportunities frequently find that businesses that ... are heavily regulated by a state are often a great fit for Indian country," said Brandon, a member of the Muscogee (Creek) Nation.

As sovereign governments, tribes seek to operate the businesses in accordance with tribal law and federal law, he said.

Both of the Lac du Flambeau's online ventures involve controversial, emerging online industries, where laws are murky and are just beginning to be interpreted by courts and regulators.

## Legal Battle Over Lending

The New York Department of Financial Services and the Center for Responsible Lending, a nonprofit watchdog group, see the tribal online payday lenders as a blatant attempt to dodge state regulators.

In October, a federal judge in New York ruled that regulators in that state could oversee online tribal lenders making loans to state residents, a ruling that would effectively put the lenders out of business in the state, which has caps on interest that lenders may charge. The ruling came in a lawsuit filed by two tribes that argued their online lending operations were immune from state regulation. The tribes have appealed.

"Payday lenders have pursued various schemes for evading state law, of which partnering with tribes is the latest iteration," the Center for Responsible Lending wrote last month in a friend of the court brief filed in New York lawsuit. "New York rightly seeks to stop this abuse."

The Lac du Flambeau's three lenders — one of which offers loans that carry an annual interest rate of more than 400% — will not make loans in Wisconsin or several other states. Tribal lenders frequently avoid making loans in their home states or states that have particularly aggressive regulators.

"It keeps our relationship with the state of Wisconsin healthy," said the Lac du Flambeau's McFarland, who objects to calling the lending operation "payday lending," preferring the term "short-term lending."

Wisconsin regulators are trying to determine what jurisdiction they may have over the tribe's three lenders — Bright Star Cash, RadiantCredit and Blue Frog Cash — said George Althoff, spokesman for the Department of Financial Institutions.

Peter Bildsten, secretary of the department, met with tribal representatives in August, but no decisions were made at the meeting, Althoff said. The secretary did not sign off on the tribe's website claims that it was subject to tribal and federal law only.

"The Secretary certainly did not and would not offer any determination of DFI's regulatory authority over tribal lending in such an informal setting," Althoff said in a follow-up email. "With the recent growth in tribal, online and offshore lending, state and federal regulators are reviewing the extent of their regulatory jurisdiction in this area."

Despite that, McFarland said the tribe plans to continue launching new loan operations, each of which is backed by individual pools of private equity investors.

The lending operations create jobs on the reservation for tribal members and nonmembers, McFarland said. The tribe's three lenders employ about eight people, a figure McFarland hopes grows to 120 in a year as the call center expands.

McFarland added that the "number one reason" for launching the pay centers is simple: "There is a market for it ... people need it," he said. "If you don't have a credit card and you need $400 or you're going to be evicted, where else are you going to go?"

## 'Flip The Switch'?

While the online lending operations are up and running, creating a casino that could take bets online is much more of a long shot.

The tribe could launch an online casino if the federal government or Wisconsin legalized the games — a proposition that is not even being talked about in Madison. There has been some debate over online gambling in Congress, but so far only Nevada, New Jersey and Delaware

have approved it for their states. No tribes are offering online gambling, said Christinia Thomas, deputy chief of staff at the National Indian Gaming Commission.

The more likely scenario is to offer online Class II games on reservation grounds similar to the fast-moving slot machines offered at the Ho-Chunk tribe's casino near Madison, which offers more than 1,100 slot machines.

The Lac du Flambeau "can flip the switch (to launch a Class II online casino) without any change in state or federal law," said Nelson, the attorney for the tribal alliance.

A Class II online casino would be limited to reservation land, Nelson said. Gamblers would be able to travel around a reservation and continue playing casino games on laptops, smartphones or other mobile devices.

It could particularly appeal to "the growing demographic of younger generation gamblers who are more interested in online play," Nelson said. "They won't have to even walk into the brick-and-mortar casino."

In order for a Class II casino to rake in large profits, numerous other tribes would have to join the Tribal Internet Gaming Alliance, Nelson said, explaining that more members would improve the games for the bettors. He predicted the alliance would not offer online casino gambling of any sort until at least 2015.

One possible complication to the Lac du Flambeau's casino effort is the role that Maulson's son, Kevin Maulson, is playing as a consultant to the association, trying to persuade other tribes to join the group and define its duties. Kevin Maulson pleaded guilty to three felonies in 2010 after being charged in a securities scheme that prosecutors said cost investors more than $1 million. He declined to comment for this article. Nelson noted the younger Maulson does not need a gaming license to work for the association.

Although the lending and casino efforts are separate, there is some synergy between the two.

Common sense says that borrowing money to play the slots is a losing proposition. In fact, the websites for the tribal lending business each warn borrowers that the loans are expensive and should be use be used only for emergencies.

Still, Maulson, the tribal president, said he would have no problem if some of the tribe's lending customers used the fast cash to feed tribal slot machines.

"I can't play the morality police," said Brandon, the head of the Indian payday lending trade group.

The tribes, he said, can't say to customers, "Are you going to use this for gambling, and if so I'm not going to lend you the money."



**About Cary Spivak**

Cary Spivak does investigative business projects and covers the casino industry. He has won numerous state and national awards.

🐦 @cspivak  ✉ cspivak@journalsentinel.com  📞 414-223-5467

---

💬 0        f Share        🐦 Tweet        ✉ Email        🖶 Print

---

Help · Terms of Service · Your California Privacy Rights/Privacy Policy · Privacy Policy · Site Map · Accessibility · Our Ethical Principles · **Do Not Sell My Info/Cookie Policy**

   

© Copyright Gannett 2021