IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TYANNA QUALLS, on behalf of Plaintiff and the class members described herein, | )<br>)<br>) |
| v. | )<br>) 1:21-cv-06598<br>) |
| ANONG LLC dba AVAILBLUE;<br>LDF HOLDINGS, LLC;<br>JESSI LEE PHILLIPS LORENZO;<br>MARK KOETTING;<br>MAINSPRING MANAGEMENT, LLC;<br>RICK A. GWYNEE<br>II; and JOHN DOES 1-10 | ) Honorable Andrea R. Wood<br>)<br>) Magistrate Judge: Beth W. Jantz<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## NOTICE AND REQUEST TO STAY PENDING DEADLINES

Plaintiff, Tyanna Qualls, and Defendants Anong, LLC, LDF Holdings, LLC, Jessi Lee Phillips Lorenzo, Mark Koetting, Mainspring Management LLC, and Rick A. Gwynne (collectively, "Defendants") respectfully submit this notice to inform the Court that the Parties have resolved this matter and expect to file a stipulation of dismissal within the next 30 days. The Parties request that the Court stay all pending deadlines and hearings.

Respectfully submitted,

DATED: March 11, 2022

/s/ *Matthew J. Goldstein*
Matthew J. Goldstein
Tara L. Goodwin
Daniel A. Edelman
EDELMAN COMBS LATTURNER
    & GOODWIN, LLC
20 S. Clark St., Suite 1500
Chicago, IL 60603
(312) 739-4200
courtecl@edcombs.com
*Counsel for Plaintiff*

/s/ *Bryant Lamer*
Bryant Lamer
SPENCER FANE LLP
1000 Walnut St., Suite 1400
Kansas City, MO 64110
(816) 292-8296 (Telephone)
(816) 474-3216 (Facsimile)
blamer@spencerfane.com
*Attorney for Defendants Anong, LLC, LDF Holdings, LLC, Jessi Lee Phillips Lorenzo*

/s/ *Chris S. Wunder*
Chris S. Wunder
Eric D. Kaplan

1

KAPLAN PAPADAKIS & GOURNIS, P.C.
180 N. LaSalle Street
Suite 2108
Chicago, Illinois 60601
Phone: (312) 726-0531
*Attorneys for Defendants Mark Koetting,*
*Mainspring Management LLC, Rick A. Gwynne*

## **CERTIFICATE OF SERVICE**

      I, Matthew J. Goldstein, hereby certify that on Friday, March 11, 2022, I caused a true and accurate copy of the foregoing document to be filed via the court's CM/ECF online system, which sent notice via email to all counsel of record.

                                                */s/ Matthew J. Goldstein*
                                                Matthew J. Goldstein

Daniel A. Edelman
Tara L. Goodwin
Matthew J. Goldstein
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com
tgoodwin@edcombs.com
mgoldstein@edcombs.com
Email address for service: courtecl@edcombs.com