## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| TYANNA QUALLS, on behalf of Plaintiff and the class members described herein, | ) ) ) | |
| v. | ) ) ) | 1:21-cv-06598 |
| | ) | |
| ANONG LLC dba AVAILBLUE; | ) | Honorable Andrea R. Wood |
| LDF HOLDINGS, LLC; | ) | |
| JESSI LEE PHILLIPS LORENZO; | ) | Magistrate Judge Beth W. Jantz |
| MARK KOETTING; | ) | |
| MAINSPRING MANAGEMENT, LLC; | ) | |
| RICK A. GWYNEE | ) | |
| II; and JOHN DOES 1-10 | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

Plaintiff, Tyanna Qualls, and Defendants Anong, LLC, LDF Holdings, LLC, Jessi Lee

Phillips Lorenzo, Mark Koetting, Mainspring Management LLC, and Rick A. Gwynne (collectively,

"Defendants") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of

Plaintiff's individual claims with prejudice and without prejudice as to the claims of the putative class,

with each party to bear their own costs.

Respectfully submitted,

DATED: April 14, 2022

/s/ Matthew J. Goldstein
Matthew J. Goldstein
Tara L. Goodwin
Daniel A. Edelman
EDELMAN COMBS LATTURNER
        & GOODWIN, LLC
20 S. Clark St., Suite 1500
Chicago, IL 60603
(312) 739-4200
courtecl@edcombs.com
Counsel for Plaintiff

/s/ Bryant Lamer
Bryant Lamer
SPENCER FANE LLP
1000 Walnut St., Suite 1400
Kansas City, MO 64110
(816) 292-8296 (Telephone)
(816) 474-3216 (Facsimile)
blamer@spencerfane.com
Attorney for Defendants Anong, LLC, LDF
Holdings, LLC, Jessi Lee Phillips Lorenzo

/s/ Chris S. Wunder
Chris S. Wunder
Eric D. Kaplan

KAPLAN PAPADAKIS & GOURNIS, P.C.
180 N. LaSalle Street
Suite 2108
Chicago, Illinois 60601
Phone: (312) 726-0531
*Attorneys for Defendants Mark Koetting,*
*Mainspring Management LLC, Rick A.*
*Gwynne*

## CERTIFICATE OF SERVICE

I, Matthew J. Goldstein, hereby certify that on Thursday, April 14, 2022, I caused a true and accurate copy of the foregoing document to be filed via the court's CM/ECF online system, which sent notice via email to all counsel of record.

*/s/ Matthew J. Goldstein*
Matthew J. Goldstein

Daniel A. Edelman
Tara L. Goodwin
Matthew J. Goldstein
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com
tgoodwin@edcombs.com
mgoldstein@edcombs.com
Email address for service: courtecl@edcombs.com